UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT of INDIANA

| | |
|---|---|
| JOEY KIMBROUGH,<br><br>      Plaintiff,<br><br>  v.<br><br>AMERICAN EXPRESS COMPANY AKA AMERICAN EXPRESS NATIONAL BANK;<br><br>and<br><br>TRANS UNION LLC<br><br>      Defendants. | **Case No**. 1:22-cv-1993-TWP-MJD |

## **NOTICE OF SERVICE OF PROCESS**

COMES NOW, Plaintiff JOEY KIMBROUGH, Pro Se, and hereby files this Notice of Service of Process in the Cause captioned above, in support thereof, would show this honorable court the following:

1. On October 17th, 2022, Defendant AMERICAN EXPRESS COMPANY AKA AMERICAN EXPRESS NATIONAL BANK, was served with the Summons and Complaint Pursuant to Federal Rules of Civil Procedure 4. *Copy of the Affidavit of Service attached.*

2. On October 17th, 2022, Defendant TRANS UNION LLC, was served with the Summons and Complaint Pursuant to Federal Rules of Civil Procedure 4. *Copy of the Affidavit of Service attached.*

Respectfully Submitted,

/s/ Joey Kimbrough
Joey Kimbrough, Plaintiff, Pro Se
1712 Candy Court South
Kokomo, IN 46902
(765) 437-8451

**Certificate of Service**

I hereby certify that on October 20th, 2022, I electronically filed the foregoing with the Clerk of the Court by email with attachments as is required by the Court.

Respectfully Submitted,
/s/ Joey Kimbrough