UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT of INDIANA

JOEY KIMBROUGH,

        Plaintiff,

   v.

AMERICAN EXPRESS COMPANY AKA
AMERICAN EXPRESS NATIONAL
BANK;

and

TRANS UNION LLC

        Defendants.

**Case No. 1:22-cv-1993-TWP-MJD**

## AFFIDAVIT OF SERVICE

**DEFENDANT:**

AMERICAN EXPRESS COMPANY AKA AMERICAN EXPRESS NATIONAL BANK
c/o its registered agent CT CORPORATION SYSTEM
334 North Senate Avenue
Indianapolis, IN 46204

I, Lisa Kimbrough, being over the age of eighteen, NOT a party to this cause, and competent to testify as to the matters asserted herein. I certify that on 10/11/2022 a copy of the Summons and Complaint were sent to the Defendant listed above via USPS Certified Mail with Signature Required.

DOCUMENT TYPE: <u>Summons and Complaint from JOEY KIMBROUGH</u>

CORPORATE SERVICE TO: <u>AMERICAN EXPRESS COMPANY</u>

SIGNED AND RECEIVED BY: <u>"illegible signature"</u>

DATE RECEIVED AND SIGNED: <u>10/17/22</u>

*Certified Mail Receipt and Signature Card enclosed as "Exhibit A"*

I SWEAR UNDER THE PENALTIES FOR PERJURY THAT THE FOREGOING

REPRESENTATIONS ARE TRUE.

DATED: 10/20/22    SIGNATURE OF AFFIANT: _Lisa Kimbrough_

## Certificate of Service

I hereby certify that on October 20th, 2022, I electronically filed the foregoing with the Clerk of the Court by email with attachments as is required by the Court.

Respectfully Submitted,
/s/ Joey Kimbrough

Exhibit "A"



## U.S. Postal Service™
## CERTIFIED MAIL® RECEIPT
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®*.

Indianapolis, IN 46204

| Certified Mail Fee | $4.00 |
| --- | --- |

Extra Services & Fees *(check box, add fee as appropriate)*
☐ Return Receipt (hardcopy)    $
☐ Return Receipt (electronic)    $
☐ Certified Mail Restricted Delivery    $
☐ Adult Signature Required    $
☐ Adult Signature Restricted Delivery    $

Postage    $2.40

Total Postage and Fees    $7.65

Postmark
KOKOMO IN 46902
OCT 11 2022
10/11/2022
USPS

Sent To  American Express Co. c/o CT Corp System
Street and Apt. No., or PO Box No.  334 N. Senate Ave.
City, State, ZIP+4®  Indpls, IN 46204

PS Form 3800, April 2015 PSN 7530-02-000-9047    See Reverse for Instructions

7021 0350 0000 7616 1333

---

### SENDER: *COMPLETE THIS SECTION*

- ■ Complete items 1, 2, and 3.
- ■ Print your name and address on the reverse so that we can return the card to you.
- ■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

American Express Co.
c/o CT Corp System
334 N. Senate Ave.
Indpls, IN 46204

9590 9402 6788 1074 7088 55

2. Article Number *(Transfer from service label)*

7021 0350 0000 7616 1333

### COMPLETE THIS SECTION ON DELIVERY

A. Signature
X                                    ☐ Agent
                                     ☐ Addressee

B. Received by *(Printed Name)*    C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:        ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Mail
☐ Mail Restricted Delivery
   500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2020 PSN 7530-02-000-9053    Domestic Return Receipt

**≡USPS.COM®**

| Quick Tools | Send | Receive | Shop | Business | International | Help | |

## USPS Tracking®

Tracking  /  FAQs >

Track Packages Anytime, Anywhere

Get the free Informed Delivery® feature to receive automated notifications on your packages

**Learn More**

Tracking Number:                                                                    Remove ✕

**70210350000076161333**

📋 Copy    🏃 Add to Informed Delivery

**Latest Update**

Your item was picked up at a postal facility at 10:28 am on October 17, 2022 in INDIANAPOLIS, IN 46204.

✅ **Delivered**

**Delivered, Individual Picked Up at Postal Facility**

INDIANAPOLIS, IN 46204
October 17, 2022, 10:28 am

**See All Tracking History**

Exhibit "A"