UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT of INDIANA

JOEY KIMBROUGH,

        Plaintiff,

    v.

AMERICAN EXPRESS COMPANY AKA
AMERICAN EXPRESS NATIONAL
BANK;

and

TRANS UNION LLC

        Defendants.

**Case No. 1:22-cv-1993-TWP-MJD**

## AFFIDAVIT OF SERVICE

**DEFENDANT:**

TRANS UNION LLC
c/o its registered agent PRENTICE-HALL CORP SYSTEM INC.
135 N. Pennsylvania St.
Indianapolis, IN 46204

I, Lisa Kimbrough, being over the age of eighteen, NOT a party to this cause, and competent to testify as to the matters asserted herein. I certify that on 10/11/2022 a copy of the Summons and Complaint were sent to the Defendant listed above via USPS Certified Mail with Signature Required.

DOCUMENT TYPE:  <u>Summons and Complaint from JOEY KIMBROUGH</u>

CORPORATE SERVICE TO:  <u>TRANS UNION LLC</u>

SIGNED AND RECEIVED BY:  <u>"Mary Coleman (sp)"</u>

DATE RECEIVED AND SIGNED:  <u>10/17/22</u>

*Certified Mail Receipt and Signature Card enclosed as "Exhibit A"*

I SWEAR UNDER THE PENALTIES FOR PERJURY THAT THE FOREGOING

REPRESENTATIONS ARE TRUE.

DATED: <u>10/20/22</u>    SIGNATURE OF AFFIANT: *[signature]*

### <u>Certificate of Service</u>

I hereby certify that on October 20th, 2022, I electronically filed the foregoing with the Clerk of the Court by email with attachments as is required by the Court.

Respectfully Submitted,
<u>/s/ Joey Kimbrough</u>

*Exhibit "A"*



**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®*.

OFFICIAL USE

Certified Mail Fee    $4.00
$

Extra Services & Fees *(check box, add fee as appropriate)*
☐ Return Receipt (hardcopy)         $
☐ Return Receipt (electronic)       $
☐ Certified Mail Restricted Delivery $
☐ Adult Signature Required          $
☐ Adult Signature Restricted Delivery $

Postage    $2.40
$

Total Postage and Fees    $9.65
$

Sent To *Trans Union LLC c/o Prentice-Hall Corp Inc.*
Street and Apt. No., or PO Box No. *135 N. Pennsylvania St. Suite 1610*
City, State, ZIP+4® *Indpls, IN 46204*

KOKOMO IN 46902
738
07
OCT 11 2022
Postmark Here
USPS

PS Form 3800, April 2015 PSN 7530-02-000-9047    See Reverse for Instructions

---

7021 0350 0000 7616 1340

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

*Trans Union LLC*
*c/o Prentice-Hall Corp System Inc.*
*135 N. Pennsylvania St*
*Suite 1610*
*Indpls, IN 46204*

‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖
9590 9402 6788 1074 7088 48

2. Article Number *(Transfer from service label)*
7021 0350 0000 7616 1340

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X *Mary Coleman*    ☐ Agent
                    ☐ Addressee

B. Received by *(Printed Name)*    C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:       ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Restricted Delivery

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2020 PSN 7530-02-000-9053    Domestic Return Receipt

# USPS Tracking®

Tracking | FAQs >

**Track Packages Anytime, Anywhere**

Get the free Informed Delivery® feature to receive automated notifications on your packages

Learn More

Remove ✕

**Tracking Number:**

**70210350000076161340**

Copy    Add to Informed Delivery

**Latest Update**

Your item was picked up at a postal facility at 10:16 am on October 17, 2022 in INDIANAPOLIS, IN 46204.

✓ **Delivered**

**Delivered, Individual Picked Up at Postal Facility**

INDIANAPOLIS, IN 46204
October 17, 2022, 10:16 am

**See All Tracking History**

Exhibit "A"