UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT of INDIANA

CIVIL ACTION NO. 1:22-cv-1993-TWP-MJD

**FILED**

**10/21/2022**

**U.S. DISTRICT COURT**
SOUTHERN DISTRICT OF INDIANA
Roger A.G. Sharpe, Clerk

JOEY KIMBROUGH,

      Plaintiff,

   v.

AMERICAN EXPRESS COMPANY AKA
AMERICAN EXPRESS NATIONAL
BANK;

and

TRANS UNION LLC

      Defendants.

## STIPULATION OF DISMISSAL

COME NOW Plaintiff Joey Kimbrough ("Kimbrough") and Defendant Trans Union LLC ("Trans Union"), by Kimbrough, Pro Se, and Trans Union through respective counsel, and hereby stipulate and agree that the above-captioned cause of action be DISMISSED as to TRANS UNION ONLY, with prejudice, with each party to pay their own attorney fees and costs.

Respectfully submitted,

/s/ Joey Kimbrough
Joey Kimbrough, Plaintiff
1712 Candy Court South
Kokomo, IN 46902
joeykokomo2002@yahoo.com
(765) 437-8451

/s/ Terri Brown
Trans Union LLC
Attorney for Trans Union
555 W. Adams Street
Chicago, IL 60661
terri.brown@transunion.com
(317) 778-4815

## Certificate of Service

I hereby certify that on October 21st, 2022, I electronically filed the foregoing

with the Clerk of the Court by email with attachments as is required by the Court.

I also certify that the foregoing was emailed to the following attorney the same:

***Distribution:***

Terri Brown
terri.brown@transunion.com