UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT of INDIANA

CIVIL ACTION NO. 1:22-cv-1993-TWP-MJD

| | |
|---|---|
| JOEY KIMBROUGH,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>AMERICAN EXPRESS COMPANY AKA AMERICAN EXPRESS NATIONAL BANK;<br><br>and<br><br>TRANS UNION LLC<br><br>　　　　Defendants. | ORDER |

## ORDER OF DISMISSAL

COME NOW Plaintiff Joey Kimbrough ("Kimbrough") and Defendant Trans Union LLC ("Trans Union"), by Kimbrough, Pro Se, and Trans Union through respective counsel, and filed a *Stipulation of Dismissal* of this cause of action as to Trans Union ONLY, with each party to pay its own attorney fees and costs.

And the Court, having considered said Stipulation and being fully advised in the premises, now finds the *Stipulation of Dismissal* should be and hereby is, APPROVED.

IT IS, THEREFORE, ORDERED, ADJUDGED AND DECREED that the above-captioned cause of action is now DISMISSED as to Trans Union ONLY, with prejudice.

IT IS SO ORDERED.

Date: 10/24/2022

_____
Hon. Tanya Walton Pratt, Chief Judge
United States District Court
Southern District of Indiana

*Distribution:*

Terri Brown
terri.brown@transunion.com

Joey Kimbrough
1712 Candy Court South
Kokomo, IN 46902