UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT of INDIANA
Case No. 1:22-cv-1993-TWP-MJD

**FILED**
**11/12/2022**
U.S. DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
Roger A.G. Sharpe, Clerk

JOEY KIMBROUGH,

    Plaintiff,

v.

AMERICAN EXPRESS COMPANY AKA AMERICAN EXPRESS NATIONAL BANK;

and

TRANS UNION LLC (*settled and dismissed*)

    Defendants.

Honorable Tanya Walton Pratt

Magistrate Judge Mark J. Dinsmore

### (PROPOSED) ORDER ON REQUEST FOR ENTRY OF DEFAULT AND MOTION FOR ENTRY OF JUDGMENT AS TO DEFENDANT AMERICAN EXPRESS COMPANY AKA AMERICAN EXPRESS NATIONAL BANK

Plaintiff, Joey Kimbrough ("Kimbrough"), has heretofore filed the Complaint for Damages with this Court.

And Plaintiff having filed a *Request for Entry of Default and Motion for Entry of Judgement as to Defendant American Express Company AKA American Express National Bank* ("AMEX").

And Defendant AMEX not having made a proper Appearance so as to answer Plaintiff's Complaint for Damages.

And the Court having heard the evidence, examined the pleadings and papers on file, and being duly advised in the premises, now finds that there is no material issue of fact and Plaintiff is entitled to judgment as to AMEX as a matter of law.  There is no just reason for delay and entering final judgment in favor of Plaintiff against AMEX, pursuant to Federal Rule of Civil Procedure 54(c) and the Court finds that the allegations of Plaintiff's claims as to AMEX are true, and the prayer thereof should be GRANTED.

IT IS THEREFORE, ORDERED, ADJUDGED, AND DECREED by the Court that Plaintiff is GRANTED judgment against AMEX in the amount of FIVE MILLION ONE-HUNDRED THREE-THOUSAND FOUR-HUNDERED TEN DOLLARS and ZERO cents **($5,103,410.00)** as of November 12th, 2022, without relief from valuation and appraisement laws.

 IT IS SO ORDERED.


Dated:_____                             _____
                                                Judge, United States District Court


**Distribution:**

Joey Kimbrough
1712 Candy Court South
Kokomo, IN 46902