UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT of INDIANA
Case No. 1:22-cv-1993-TWP-MJD

| | |
|---|---|
| JOEY KIMBROUGH,<br><br>   Plaintiff,<br><br>v.<br><br>AMERICAN EXPRESS COMPANY AKA AMERICAN EXPRESS NATIONAL BANK;<br><br>and<br><br>TRANS UNION LLC (*settled and dismissed*)<br><br>   Defendants. | Honorable Tanya Walton Pratt<br><br>Magistrate Judge Mark J. Dinsmore |

**FILED**
**11/30/2022**
U.S. DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
Roger A.G. Sharpe, Clerk

### NOTICE OF SERVICE ON PLAINTIFF'S NOTICE OF DEFAULT AND MOTION FOR DEFAULT JUDGMENT AS TO DEFENDANT AMERICAN EXPRESS COMPANY AKA AMERICAN EXPRESS NATIONAL BANK

COMES NOW, Plaintiff JOEY KIMBROUGH, Pro Se, and hereby files this *NOTICE OF SERVICE ON PLAINTIFF'S NOTICE OF DEFAULT AND MOTION FOR DEFAULT JUDGMENT AS TO DEFENDANT AMERICAN EXPRESS COMPANY AKA AMERICAN EXPRESS NATIONAL BANK (*hereafter, collectively "Defendant") in the Cause captioned above, in support thereof, would show this honorable court the following:

1. Plaintiff filed a complaint, civil cover sheet, and proposed summons, with this Court, on 10/7/2022 against Defendant.

2. Summons was issued by the Court on 10/11/2022 as to Defendant and Trans Union LLC.

3. Plaintiff filed *Notice of Service of Process* with the Clerk on 10/20/2022 (dkt. 6). The Notice indicated all parties were served by USPS certified mail signature required on 10/17/2022. Attached to the Notice was an Affidavit of Service of Process showing the signature of Lisa Kimbrough. Lisa Kimbrough is an adult, over the age of 18, and not a party to this case as required by Federal Rules of Civil Procedure.

4. On 10/21/2022 Plaintiff filed a *Stipulation of Dismissal* as to Trans Union LLC ONLY with the Clerk of this Court along with a Proposed Order for the same.

5. On 10/24/2022 the Honorable Judge Tanya Walton Pratt signed the Order of Dismissal as to Trans Union LLC ONLY.

6. Defendant was served and signed for the Summons and Complaint on 10/17/2022.

7. Plaintiff alleges the Summons that Defendant signed for on 10/17/2022 clearly stated the 20 days of statutory timing pursuant to Fed. Civ. Rule 6 that Defendant had to answer the Complaint.

8. Plaintiff alleges that even if the Court were to extend the timing by three (3) days due to the Complaint being delivered by mail that would give the Defendant twenty-three (23) days to file an answer to Plaintiff's Complaint.

9. Plaintiff alleges that as of November 30th (not counting the day Complaint was delivered) twenty-six (44) days have passed.

10. Plaintiff alleges that Defendant is not an individual and is, therefore, not capable of being engaged in any branch of the military or naval service of the United States of America.

11. Plaintiff alleges that Defendant is not an individual and is, therefore, not capable of being an infant or incompetent person.

12. Defendant has not asked this Court for an enlargement of time or otherwise made an appearance in this Court to answer Plaintiff's Complaint.

13. Defendant has Defaulted.

14. Plaintiff filed a Notice of Default and Motion for Default Judgment, Affidavit of Damages, and Proposed Order on November 12th, 2022, with this honorable court.

15. Plaintiff filed a Notice of Service on Plaintiff's Notice of Default and Motion for Default Judgment with the Clerk of this Court on November 30th, 2022.

16. Plaintiff mailed a certified copy of Plaintiff's Notice of Default and Motion for Default Judgment to American Express Company c/o registered agent CT Corporation System (USPS tracking number 7021 0950 0001 4171 7551) on November 30th, 2022) **EXHIBIT "A".**

Respectfully Submitted,

/s/ Joey Kimbrough
Joey Kimbrough, Plaintiff
1712 Candy Court South
Kokomo, IN 46902
(765) 437-8451

### Certificate of Service

  I hereby certify that on November 30th, 2022, I electronically filed the foregoing with the Clerk of the Court by email with attachments as is required by the Court.

Respectfully Submitted,
/s/ Joey Kimbrough