Exhibit "A"



Exhibit "A"

| BUSINESS INFORMATION |
| --- |
| HOLLI SULLIVAN |
| INDIANA SECRETARY OF STATE |
| 11/30/2022 09:02 AM |

## Business Details

| | | | |
| --- | --- | --- | --- |
| Business Name: | **AMERICAN EXPRESS COMPANY** | Business ID: | 194169A055 |
| Entity Type: | Foreign For-Profit Corporation | Business Status: | Active |
| Creation Date: | 01/20/1958 | Inactive Date: | |
| Principal Office Address: | 200 Vesey Street, New York, NY, 10285, USA | Expiration Date: | Perpetual |
| Jurisdiction of Formation: | New York | Business Entity Report Due Date: | 01/31/2024 |
| Original Formation Date: | 01/01/1800 | Years Due: | |

## Governing Person Information

| Title | Name | Address |
| --- | --- | --- |
| Director | Stephen J. Squeri | 200 Vesey Street, New York, NY, 10285, USA |
| Director | Charlene Barshefsky | 200 VESEY STREET, New York, NY, 10285, USA |
| Director | John J. Brennan | 200 VESEY STREET, New York, NY, 10285, USA |
| Director | Peter Chernin | 200 VESEY STREET, New York, NY, 10285, USA |
| Director | Michael O. Leavitt | 200 VESEY STREET, New York, NY, 10285, USA |
| Director | Theodore J. Leonsis | 200 VESEY STREET, New York, NY, 10285, USA |
| Director | Daniel L. Vasella | 200 VESEY STREET, New York, NY, 10285, USA |
| Director | Ralph de la Vega | 200 VESEY STREET, New York, NY, 10285, USA |
| Director | Ronald A. Williams | 200 VESEY STREET, New York, NY, 10285, USA |
| Director | Christopher D. Young | 200 VESEY STREET, New York, NY, 10285, USA |
| CEO | Stephen J. Squeri | 200 VESEY STREET, New York, NY, 10285, USA |
| Treasurer | David L. Yowan | 200 VESEY STREET, New York, NY, 10285, USA |
| Secretary | Laureen E. S. Seeger | 200 VESEY STREET, New York, NY, 10285, USA |

## Registered Agent Information

| | |
| --- | --- |
| Type: | Business Commercial Registered Agent |
| Name: | C T CORPORATION SYSTEM |
| Address: | 334 North Senate Avenue, Indianapolis, IN, 46204, USA |