## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA
## INDIANAPOLIS DIVISION

| | |
|---|---|
| JOEY KIMBROUGH, | Case No. 1:22-cv-01993-TWP-MJD |
| Plaintiff, | |
| v. | **CORPORATE DISCLOSURE STATEMENT OF AMERICAN EXPRESS NATIONAL BANK** |
| AMERICAN EXPRESS COMPANY AKA AMERICAN EXPRESS NATIONAL BANK | |
| and | |
| TRANS UNION LLC | |
| Defendants. / | |

Pursuant to Fed. R. Civ. P. 7.1, American Express National Bank ("American Express") hereby makes the following disclosure:

1.      American Express National Bank is a wholly owned subsidiary of American Express Travel Related Services Company, Inc., whose parent is American Express Company.

2.      Berkshire Hathaway owns more than 10% or more of American Express Company's Stock.

Dated:  December 13, 2022

*/s/ Brian C. Frontino*
Brian C. Frontino
Florida Bar No. 95200
STROOCK & STROOCK & LAVAN LLP
2 South Biscayne Boulevard, Suite 2300
Miami, Florida 33131
Telephone:  (305) 358-9900
Facsimile:  (305) 789-9302
bfrontino@stroock.com
lacalendar@stroock.com
Attorney for Defendant

MIA 31603027

*American Express National Bank*

## <u>CERTIFICATE OF SERVICE</u>

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was filed with

the Clerk of the Court via CM/ECF on December 13, 2022, and served on the counsel and/or

parties of record.

/s/ *Brian C. Frontino*
Brian C. Frontino

- 2 -

MIA 31603027