UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT of INDIANA
**Case No**. **1:22-cv-1993-TWP-MJD**

JOEY KIMBROUGH,

       Plaintiff,

    v.

AMERICAN EXPRESS COMPANY AKA
AMERICAN EXPRESS NATIONAL
BANK;

and

TRANS UNION LLC (*settled and dismissed*)

       Defendants.

Honorable Tanya Walton Pratt

Magistrate Judge Mark J. Dinsmore

## (PROPOSED) ORDER ON PLAINTIFF'S MOTION TO STRIKE

Plaintiff, Joey Kimbrough ("Kimbrough"), has heretofore filed the Complaint for Damages with this Court.

And Plaintiff having filed a *MOTION TO STRIKE*.

And Defendant AMEX not having made a proper Appearance so as to answer Plaintiff's Complaint for Damages.

And the Court having heard the evidence, examined the pleadings and papers on file, and being duly advised in the premises, now finds that there is no material issue of fact and Plaintiff is entitled relief as to AMEX as a matter of law.

There is no just reason for delay and entering a ruling in favor of Plaintiff against AMEX.

and the Court finds that the allegations of Plaintiff's claims as to AMEX are true, and the prayer thereof should be GRANTED.

IT IS THEREFORE, ORDERED, ADJUDGED, AND DECREED by the Court that Defendant AMEX's Answer is Stricken and that Plaintiff's ORIGINAL Motion for Default Judgment is GRANTED against AMEX in the amount of FIVE MILLION ONE-HUNDRED THREE-THOUSAND FOUR-HUNDERED TEN DOLLARS and ZERO cents **($5,103,410.00)** as of December 16th, 2022, without relief from valuation and appraisement laws.

IT IS SO ORDERED.

Dated:_____                              _____
                                                 Judge, United States District Court

**Distribution:**

Joey Kimbrough
1712 Candy Court South
Kokomo, IN 46902