AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT

for the

Southern District of Indiana

| | |
|---|---|
| JOEY KIMBROUGH | ) |
| *Plaintiff* | ) |
| v. | ) |
| AMERICAN EXPRESS COMPANY et al | ) |
| *Defendant* | ) |

Case No.    1:22-cv-01993-TWP-MJD

## APPEARANCE OF COUNSEL

To:      The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendant American Express National Bank                                                                        .

Date:       12/27/2022

/s/ Brian C. Frontino
*Attorney's signature*

Brian C. Frontino - Florida Bar No. 95200
*Printed name and bar number*
STROOCK & STROOCK & LAVAN LLP
2 South Biscayne Boulevard, Suite 2300
Miami, Florida 33131

*Address*

bfrontino@stroock.com
*E-mail address*

(305) 358-9900
*Telephone number*

(305) 789-9302
*FAX number*