AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

Southern District of Indiana

| | |
|---|---|
| JOEY KIMBROUGH )<br>*Plaintiff* )<br>v. )<br>AMERICAN EXPRESS COMPANY et al )<br>*Defendant* ) | Case No. 1:22-cv-01993-TWP-MJD |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendant American Express National Bank.

Date:   06/09/2023

/s/ Adam R. Hoock
*Attorney's signature*

Adam R. Hoock - Florida Bar No. 118264
*Printed name and bar number*

STROOCK & STROOCK & LAVAN LLP
2 South Biscayne Boulevard, Suite 2300
Miami, Florida 33131

*Address*

ahoock@stroock.com
*E-mail address*

(305) 358-9900
*Telephone number*

(305) 789-9302
*FAX number*