UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

JOEY KIMBROUGH,

    Plaintiff,

v.

AMERICAN EXPRESS COMPANY AKA
AMERICAN EXPRESS NATIONAL BANK

    Defendant.

Case No. 1:22-cv-01993-TWP-MJD

_____/

**ORDER GRANTING DEFENDANT'S UNOPPOSED MOTION
FOR EXTENSION OF TIME FOR DEFENDANT AMERICAN EXPRESS NATIONAL
BANK TO RESPOND TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT**

This matter is before the Court on Defendant American Express National Bank's ("American Express") Unopposed Motion for Extension of Time to Respond to Plaintiff's Motion for Summary Judgment (Dkt. 25). The Court has considered the Motion and is fully advised in the premises. The Court now finds that the request to allow Defendant American Express an extension of time to respond to Plaintiff's Motion for Summary Judgment should be **GRANTED**.

It is, therefore, **ORDERED and ADJUDGED** that Defendant American Express National Bank shall have an extension of time to respond to Plaintiff's Motion for Summary Judgment (Dkt. 20) until such time as the Court has ruled on the issue of whether Plaintiff is required to arbitrate this dispute.

**SO ORDERED**.

Date: 6/27/2023

_____
Hon. Tanya Walton Pratt, Chief Judge
United States District Court
Southern District of Indiana

DISTRIBUTION:

Joey Kimbrough
1712 Candy Court South
Kokomo, Indiana 46902

Distribution to all electronically
registered counsel of record via
CM/ECF