**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION**

| | |
|---|---|
| JOEY KIMBROUGH, | Case No. 1:22-cv-01993-TWP-MJD |
| Plaintiff, | **MOTION OF DEFENDANT AMERICAN EXPRESS NATIONAL BANK TO COMPEL ARBITRATION** |
| v. | |
| AMERICAN EXPRESS COMPANY AKA AMERICAN EXPRESS NATIONAL BANK | |
| and | |
| TRANS UNION LLC | |
| Defendants. | |

Pursuant to section 4 of the Federal Arbitration Act, 9 U.S.C. §§ 1-16 (the "FAA"), defendant American Express National Bank ("American Express") hereby moves this Court for an order directing plaintiff Joey Kimbrough ("Plaintiff") to arbitrate this dispute and staying the action pending completion of arbitration. In support of this Motion, Defendant American Express submits to the Court a memorandum of law filed contemporaneously herewith.

Plaintiff's claims are subject to the arbitration agreements (the "Arbitration Agreements") contained within the Cardmember Agreements governing his American Express accounts ending in 61004, in 61007, in 71005, in 01002, and in 41007 (collectively, the "Accounts"). By their terms, the Arbitration Agreements broadly encompass any claim, dispute, or controversy relating to the Accounts, and Plaintiff asserts claims relating to alleged inaccurate tradelines to his credit report with respect to the Accounts. Thus, by the express terms of the Arbitration Agreements, any such controversy must be resolved in arbitration rather than before this Court.

WHEREFORE, American Express respectfully requests the Court enter an order requiring Plaintiff to arbitrate this dispute and staying the action pending completion of arbitration.

Dated:  August 15, 2023.          Respectfully submitted,

By:   /s/  *Adam R. Hoock*
Stephen J. Newman
California Bar No. 181570
snewman@Steptoe.com
Adam R. Hoock
Florida Bar No. 118264
California Bar No. 340811
ahoock@Steptoe.com
**STEPTOE & JOHNSON LLP**
2029 Century Park East, 18th Floor
Los Angeles, CA 90067
Telephone: +1 213 439 9400
Fax: +1 213 439 9599
docketing@steptoe.com

Attorneys for Defendant *American Express National Bank*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on August 15, 2023, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system and certify that a true and correct copy of the foregoing was provided to all parties and counsel of record.

*/s/ Adam R. Hoock*
Adam R. Hoock