# Exhibit B-1



**Hilton Honors American Express Card**

JOEY D KIMBROUGH
Closing Date 03/02/18

**Hilton**
─ HONORS ─

p. 1/4

Account Ending 1-61004

| New Balance | $14,656.77 |
| Minimum Payment Due | $354.00 |
| Payment Due Date | 03/28/18‡ |

‡ **Late Payment Warning:** If we do not receive your Minimum Payment Due by the Payment Due Date of 03/28/18, you may have to pay a late fee of up to $38.00 and your APRs may be increased to the Penalty APR of 29.99%.

**Minimum Payment Warning:** If you make only the minimum payment each period, you will pay more in interest and it will take you longer to pay off your balance. For example:

| If you make no additional charges and each month you pay... | You will pay off the balance shown on this statement in about... | And you will pay an estimated total of... |
|---|---|---|
| Only the Minimum Payment Due | 25 years | $36,026 |
| $534 | 3 years | $19,229 (Savings = $16,797) |

If you would like information about credit counseling services, call 1-888-733-4139.

→ See page 2 for important information about your account.

**Hilton Honors Points**
Earned this Period

▨ For more details about Rewards, please visit **americanexpress.com/rewardsinfo**

**Account Summary**

| Previous Balance | $14,524.73 |
| Payments/Credits | -$367.00 |
| New Charges | +$290.00 |
| Fees | +$0.00 |
| Interest Charged | +$209.04 |

| **New Balance** | **$14,656.77** |
| **Minimum Payment Due** | **$354.00** |

| Credit Limit | $15,000.00 |
| Available Credit | $343.23 |
| Cash Advance Limit | $3,000.00 |
| Available Cash | $343.23 |
| Days in Billing Period: 28 | |

**Customer Care**

🖥 **Pay by Computer**
americanexpress.com/pbc

**Customer Care**      **Pay by Phone**
1-833-698-2566         1-800-472-9297

→ See Page 2 for additional information.

---

↓ Please fold on the perforation below, detach and return with your payment ↓

✉ **Payment Coupon**
Do not staple or use paper clips

🖥 **Pay by Computer**
americanexpress.com/pbc

📞 **Pay by Phone**
1-800-472-9297

**Account Ending 1-61004**

Enter 15 digit account # on all payments.
Make check payable to American Express.

JOEY D KIMBROUGH

Payment Due Date
**03/28/18**

New Balance
**$14,656.77**

Minimum Payment Due
**$354.00**



□ Check here if your address or phone number has changed. Note changes on reverse side.

AMERICAN EXPRESS
P.O. BOX 650448
DALLAS TX 75265-0448

$ _____ . ____
**Amount Enclosed**

0000349992521416093 00146567700003540 02 ⱨ

JOEY D KIMBROUGH                                    Account Ending 1-61004                                    p. 2/4

**Payments:** Your payment must be sent to the payment address shown on your statement and must be received by 5 p.m. local time at that address to be credited as of the day it is received. Payments we receive after 5 p.m. will not be credited to your Account until the next day. Payments must also: (1) include the remittance coupon from your statement; (2) be made with a single check drawn on a US bank and payable in US dollars, or with a negotiable instrument payable in US dollars and clearable through the US banking system; and (3) include your Account number. If your payment does not meet all of the above requirements, crediting may be delayed and you may incur late payment fees and additional interest charges. Electronic payments must be made through an electronic payment method payable in US dollars and clearable through the US banking system. If we accept payment in a foreign currency, we will convert it into US dollars at a conversion rate that is acceptable to us, unless a particular rate is required by law. Please do not send post-dated checks as they will be deposited upon receipt. Any restrictive language on a payment we accept will have no effect on us without our express prior written approval. We will re-present to your financial institution any payment that is returned unpaid.

**Permission for Electronic Withdrawal:** (1) When you send a check for payment, you give us permission to electronically withdraw your payment from your deposit or other asset account. We will process checks electronically by transmitting the amount of the check, routing number, account number and check serial number to your financial institution, unless the check is not processable electronically or a less costly process is available. When we process your check electronically, your payment may be withdrawn from your deposit or other asset account as soon as the same day we receive your check, and you will not receive that cancelled check with your deposit or other asset account statement. If we cannot collect the funds electronically we may issue a draft against your deposit or other asset account for the amount of the check. (2) By using Pay By Computer, Pay By Phone or any other electronic payment service of ours, you give us permission to electronically withdraw funds from the deposit or other asset account you specify in the amount you request. Payments using such services of ours received after 8:00 p.m. MST may not be credited until the next day.

**How We Calculate Your Balance:** We use the Average Daily Balance (ADB) method (including new transactions) to calculate the balance on which we charge interest on your Account. Call the Customer Care number listed below for more information about this balance computation method and how resulting interest charges are determined. *The method we use to figure the ADB and interest results in daily compounding of interest.*

**Paying Interest:** Your due date is at least 25 days after the close of each billing period. We will not charge you interest on your purchases if you pay the New Balance by the due date each month. We will charge you interest on cash advances and (unless otherwise disclosed) balance transfers beginning on the transaction date.

**Foreign Currency Charges:** If you make a Charge in a foreign currency, we will convert it into US dollars on the date we or our agents process it. We will choose a conversion rate that is acceptable to us for that date, unless a particular rate is required by law. The conversion rate we use is no more than the highest official rate published by a government agency or the highest interbank rate we identify from customary banking sources on the conversion date or the prior business day. This rate may differ from rates in effect on the date of your charge. Charges converted by establishments (such as airlines) will be billed at the rates such establishments use.

**Credit Balance:** A credit balance (designated CR) shown on this statement represents money owed to you. If within the six-month period following the date of the first statement indicating the credit balance you do not request a refund or charge enough to use up the credit balance, we will send you a check for the credit balance within 30 days if the amount is $1.00 or more.

**Credit Reporting:** We may report information about your Account to credit bureaus. Late payments, missed payments, or other defaults on your Account may be reflected in your credit report.

---



| **Customer Care & Billing Inquiries** | 1-833-698-2566 | **Hearing Impaired** |
| **International Collect** | 1-336-393-1111 | **TTY:** 1-800-221-9950 |
| **Large Print & Braille Statements** | 1-833-698-2566 | **FAX:** 1-800-695-9090 |
| **Cash Advance at ATMs Inquiries** | 1-800-CASH-NOW | **In NY:** 1-800-522-1897 |

**Website:** americanexpress.com

**Customer Care & Billing Inquiries**
P.O. BOX 981535
EL PASO, TX
79998-1535

**Payments**
P.O. BOX 650448
DALLAS TX 75265-0448

---

**Change of Address**
If correct on front, do not use.
- To change your address online, visit www.americanexpress.com/updatecontactinfo
- For Name, Company Name, and Foreign Address or Phone changes, please call Customer Care.
- Please print clearly in blue or black ink only in the boxes provided.

Street Address

City, State

Zip Code

Area Code and Home Phone

Area Code and Work Phone

Email

**Pay Your Bill with AutoPay**

Avoid late fees
Save time

Deduct your payment from your bank account automatically each month

Visit **americanexpress.com/autopay** today to enroll.

For information on how we protect your privacy and to set your communication and privacy choices, please visit **www.americanexpress.com/privacy.**

**AMERICAN EXPRESS**

**Hilton Honors American Express Card**

**Hilton** HONORS

p. 3/4

JOEY D KIMBROUGH
Closing Date 03/02/18

Account Ending 1-61004

---

## Payments and Credits

### Summary

| | Total |
|---|---|
| **Payments** | -$367.00 |
| **Credits** | $0.00 |
| **Total Payments and Credits** | **-$367.00** |

### Detail   *Indicates posting date

| Payments | | Amount |
|---|---|---|
| 02/26/18* | ONLINE PAYMENT - THANK YOU | -$367.00 |

---

## New Charges

### Summary

| | Total |
|---|---|
| **Total New Charges** | **$290.00** |

### Detail

**JOEY D KIMBROUGH**
Card Ending 1-61004

| | | | | Amount |
|---|---|---|---|---|
| 02/15/18 | INDIANAPOLIS RACK AND AXLE | INDIANAPOLIS | IN | $290.00 |
| | 317-546-1140 | | | |

---

## Fees

| | Amount |
|---|---|
| **Total Fees for this Period** | **$0.00** |

---

## Interest Charged

| | Amount |
|---|---|
| 03/02/18 | Interest Charge on Purchases | $209.04 |
| **Total Interest Charged for this Period** | | **$209.04** |

### About Trailing Interest

You may see interest on your next statement even if you pay the new balance in full and on time and make no new charges. This is called "trailing interest." Trailing interest is the interest charged when, for example, you didn't pay your previous balance in full. When that happens we charge interest from the first day of the billing period until we receive your payment in full. You can avoid paying interest on purchases by paying your balance in full and on time each month. Please see the "When we charge interest" sub-section in your Cardmember Agreement for details.

Continued on reverse

JOEY D KIMBROUGH                                 Account ending 1-61004

## 2018 Fees and Interest Totals Year-to-Date

|  | Amount |
|---|---|
| Total Fees in 2018 | $0.00 |
| Total Interest in 2018 | $636.39 |

## Interest Charge Calculation

Your Annual Percentage Rate (APR) is the annual interest rate on your account.

|  | Transactions Dated | | Annual Percentage Rate | Balance Subject to Interest Rate | Interest Charge |
|---|---|---|---|---|---|
|  | From | To |  |  |  |
| Purchases | 05/07/2015 |  | 18.49% (v) | $14,725.32 | $209.04 |
| Cash Advances | 05/07/2015 |  | 26.49% (v) | $0.00 | $0.00 |
| **Total** |  |  |  |  | **$209.04** |

(v) Variable Rate

## Hilton Honors Points Earned
Hilton Honors Account Number: 

|  | Current Period | Year to Date |
|---|---|---|
| **Total Hilton Honors Points Earned** |  |  |

Your qualifying Year-to-Date spend on your Hilton Honors American Express Card is $1,290.00. To qualify for Hilton Honors Gold Status, you need to have $20,000 qualified spend by December 31st.

# Exhibit B-2

**AMERICAN EXPRESS**    **Platinum Delta SkyMiles® Business Credit Card**    ▲ **DELTA**    p. 1/11

JMC AUTO WORKS LLC
JOEY D KIMBROUGH
Closing Date 09/08/13

Account Ending 6-61007

| New Balance | $2,956.47 |
|---|---|
| Minimum Payment Due | $35.00 |
| Payment Due Date | 10/03/13 |

**Late Payment Warning:** If we do not receive your Minimum Payment Due by the Payment Due Date listed above, you may have to pay a late fee of up to $35.00 and your Purchase APR may be increased to the Penalty APR of 27.24%.

→ See page 2 for important information about your account.

→ **See Page 9 for Important Changes to Your Account Terms and Benefits**

### Delta SkyMiles®
Earned this Period



→ For details, see your Delta SkyMiles Summary.

### Account Summary

| | |
|---|---|
| Previous Balance | $1,292.68 |
| Payments/Credits | -$12,195.37 |
| New Charges | +$13,859.16 |
| Fees | +$0.00 |
| Interest Charged | +$0.00 |

| **New Balance** | **$2,956.47** |
|---|---|
| **Minimum Payment Due** | **$35.00** |

| | |
|---|---|
| Credit Limit | $6,000.00 |
| Available Credit | $3,043.53 |
| Cash Advance Limit | $1,200.00 |
| Available Cash | $1,200.00 |
| Days in Billing Period: | 30 |

### Customer Care

🖥 **Pay by Computer**
open.com/pbc

**Customer Care**    **Pay by Phone**
1 800-297 6200    1 800-472 9297

→ See page 2 for additional information.

---

↓ Please fold on the perforation below, detach and return with your payment ↓

✉ **Payment Coupon**    🖥 **Pay by Computer**    📞 **Pay by Phone**    **Account Ending 6-61007**
Do not staple or use paper clips    open.com/pbc    1-800-472-9297

Enter account number on all documents.
Make check payable to American Express.

JOEY D KIMBROUGH
JMC AUTO WORKS LLC

| | |
|---|---|
| Payment Due Date | **10/03/13** |
| New Balance | **$2,956.47** |
| Minimum Payment Due | **$35.00** |

☐ Check here if your address or phone number has changed. Note changes on reverse side.

AMERICAN EXPRESS
P.O. BOX 650448
DALLAS TX 75265-0448

$_____•_____
**Amount Enclosed**

0000349992046808398 000295647000003500 05 ꓱ

JOEY D  KIMBROUGH                     Account Ending 6-61007                                    p. 2/11

**Payments:** Your payment must be sent to the payment address shown on your statement and must be received by 5 p.m. local time at that address to be credited as of the day it is received.  Payments we receive after 5 p.m. will not be credited to your Account until the next day.  Payments must also: (1) include the remittance coupon from your statement; (2) be made with a single check drawn on a US bank and payable in US dollars, or with a negotiable instrument payable in US dollars and clearable through the US banking system; and (3) include your Account number.  If your payment does not meet all of the above requirements, crediting may be delayed and you may incur late payment fees and additional interest charges.  Electronic payments must be made through an electronic payment method payable in US dollars and clearable through the US banking system.  If we accept payment in a foreign currency, we will convert it into US dollars at a conversion rate that is acceptable to us, unless a particular rate is required by law.  Please do not send post dated checks as they will be deposited upon receipt.  Any restrictive language on a payment we accept will have no effect on us without our express prior written approval.  We will re-present to your financial institution any payment that is returned unpaid.

**Permission for Electronic Withdrawal:** (1) When you send a check for payment, you give us permission to electronically withdraw your payment from your deposit or other asset account.  We will process checks electronically by transmitting the amount of the check, routing number, account number and check serial number to your financial institution, unless the check is not processable electronically or a less costly process is available.  When we process your check electronically, your payment may be withdrawn from your deposit or other asset account as soon as the same day we receive your check, and you will not receive that cancelled check with your financial account statement.  If we cannot collect the funds electronically we may issue a draft against your deposit or other asset account for the amount of the check. (2) By using Pay By Computer, Pay By Phone or any other electronic payment service of ours, you give us permission to electronically withdraw funds from the deposit or other asset account you specify in the amount you request.  Payments using such services of ours received after 8:00 p.m. MST may not be credited until the next day.

**How We Calculate Your Balance:** We use the Average Daily Balance (ADB) method (including new transactions) to calculate the balance on which we charge interest on your Account.  Call the Customer Service number listed below for more information about this balance computation method and how resulting interest charges are determined.  *The method we use to calculate the ADB and interest results in daily compounding of interest.*

**Paying Interest:** Your due date is at least 25 days after the Closing Date of each billing period. We will not charge you interest on your purchases if you pay the New Balance by the due date each month.  We will charge you interest on cash advances and (unless otherwise disclosed) balance transfers beginning on the transaction date.

**Foreign Currency Charges:** If you make a Charge in a foreign currency, we will convert it into US dollars on the date we or our agents process it.  **We will charge a fee of 2.7% of the converted US dollar amount.**  We will choose a conversion rate that is acceptable to us for that date, unless a particular rate is required by law.  The conversion rate we use is no more than the highest official rate published by a government agency or the highest interbank rate we identify from customary banking sources on the conversion date or the prior business day.  This rate may differ from rates in effect on the date of your charge.  Charges converted by establishments (such as airlines) will be billed at the rates such establishments use.

**Credit Balance:** A credit balance (designated CR) shown on this statement represents money owed to you. If within the six month period following the date of the first statement indicating the credit balance you do not request a refund or charge enough to use up the credit balance, we will send you a check for the credit balance within 30 days if the amount is $1.00 or more.

**Credit Reporting:** We may report information about your Account to credit bureaus.  Late payments, missed payments, or other defaults on your Account may be reflected in your credit report.

---



| Customer Care & Billing Inquiries | 1-800-297-6200 | **Hearing Impaired** |
|---|---|---|
| **International Collect** | 1-623-492-7719 | **TTY:** 1 800-221-9950 |
| **Large Print & Braille Statements** | 1-800-297-6200 | **FAX:** 1-800-695 9090 |
| **Express Cash** | 1-800-CASH-NOW | **In NY:** 1-800-522-1897 |

**Website:** americanexpress.com
**Mobile Site:** amexmobile.com

**Customer Care**
**& Billing Inquiries**           **Payments**
P.O. BOX 981535                  P.O. BOX 650448
EL PASO, TX                      DALLAS TX
79998-1535                       75265-0448

---

**Change of Address**
If correct on front, do not use.

• To change your address online, visit www.americanexpress.com/updatecontactinfo
• For Name, Company Name, and Foreign Address or Phone changes, please call Customer Care.
• Please print clearly in blue or black ink only in the boxes provided.

Street Address

City, State

Zip Code

Area Code and
Home Phone

Area Code and
Work Phone

Email

**Pay Your Bill with AutoPay**

· Avoid late fees
· Save time

Deduct your payment from your bank account automatically each month

Visit americanexpress.com/autopay today to enroll.

For information on how we protect your privacy and to set your communication and privacy choices, please visit www.americanexpress.com/privacy.



**Platinum Delta SkyMiles® Business Credit Card**
JMC AUTO WORKS LLC
JOEY D KIMBROUGH
Closing Date 09/08/13

▲ **DELTA**

p. 3/11

Account Ending 6-61007

## Payments and Credits

### Summary

| | Total |
|---|---|
| **Payments** | -$12,095.37 |
| **Credits** | |
| JOEY D KIMBROUGH 6 61007 | -$100.00 |
| **Total Payments and Credits** | **-$12,195.37** |

### Detail    *Indicates posting date

| Payments | | | Amount |
|---|---|---|---|
| 08/11/13* | JOEY D KIMBROUGH | ONLINE PAYMENT - THANK YOU | -$1,292.68 |
| 08/19/13* | JOEY D KIMBROUGH | ONLINE PAYMENT - THANK YOU | -$3,098.69 |
| 08/22/13* | JOEY D KIMBROUGH | CUSTOMER SERVICE PAYMENT THANK YOU | -$2,704.00 |
| 08/27/13* | JOEY D KIMBROUGH | ONLINE PAYMENT - THANK YOU | -$2,000.00 |
| 08/29/13* | JOEY D KIMBROUGH | ONLINE PAYMENT - THANK YOU | -$1,500.00 |
| 09/05/13* | JOEY D KIMBROUGH | ONLINE PAYMENT - THANK YOU | -$1,500.00 |

| Credits | | | Amount |
|---|---|---|---|
| 08/26/13 | JOEY D KIMBROUGH | CARS PARTS CARS PARTCOLUMBUS        IN<br>812-342-2512 | -$100.00 |

## New Charges

### Summary

| | Total |
|---|---|
| JOEY D KIMBROUGH 6-61007 | $11,315.23 |
| ▮▮▮▮ 6-61015 | $2,543.93 |
| **Total New Charges** | **$13,859.16** |

### Detail

 **JOEY D KIMBROUGH**
Card Ending 6-61007

| | | | Amount |
|---|---|---|---|
| 08/09/13 | HUMPHREY PRINTING CO765 452-0093<br>765-452-0093 | | $423.77 |
| 08/10/13 | CARQUEST   010918KOKOMO        IN<br>765-457-7296<br>Description<br>AUTO PARTS/ACCESSOR | | $1,623.31 |
| 08/10/13 | OREILLY AUTO 019976KOKOMO        IN<br>800-2886661 | | $277.81 |
| 08/12/13 | VISTAPR*VISTAPRINT.C866 893 6743        CA<br>866-614 8002 | | $139.84 |
| 08/12/13 | SOUTHWORTH FORD, LINMARION        IN<br>AUTO DEALER (NEW/USED) | | $114.96 |
| 08/14/13 | FAS LUBE UNDERCAR INKOKOMO        IN<br>765-453 9903<br>Description<br>AUTOMOTIVE TOP AND | | $290.65 |

Continued on reverse

JOEY D KIMBROUGH                          Account Ending 6-61007                                    p. 4/11

---

## Detail Continued

| | | | | Amount |
|---|---|---|---|---|
| 08/15/13 | SPEEDWAY 01213 US 54KOKOMO          IN<br>7654530677<br>Description          Price | | | $20.91 |
| 08/16/13 | SPEEDWAY 01213 US 54KOKOMO          IN<br>7654530677<br>Description          Price | | | $100.00 |
| 08/19/13 | CARQUEST     010918KOKOMO          IN<br>765-457-7296<br>Description<br>AUTO PARTS/ACCESSOR | | | $1,476.58 |
| 08/19/13 | OREILLY AUTO  019976KOKOMO          IN<br>800-2886661 | | | $294.22 |
| 08/20/13 | VISTAPR WWW WEBS COMSILVER SPRING          MD<br>301-960 9078 | | | $199.95 |
| 08/21/13 | LOWE'S OF KOKOMO, INKOKOMO          IN<br>765-453-1000 | | | $20.46 |
| 08/21/13 | LOWE'S OF KOKOMO, INKOKOMO          IN<br>765-453-1000 | | | $32.07 |
| 08/21/13 | MARATHON PETROLEUM CKOKOMO          IN<br>AUTO FUEL DISPENSER | | | $20.01 |
| 08/21/13 | CARS PARTS CARS PARTCOLUMBUS          IN<br>812-342-2512 | | | $324.00 |
| 08/21/13 | US AUTO PARTS NETWOR800-913 6127          CA<br>AUTO PARTS | | | $168.66 |
| 08/21/13 | WELDSTAR COMPANY   AURORA          IL<br>6308593100 | | | $93.42 |
| 08/25/13 | UNCLE JACKS STEAKHOUNEW YORK          NY<br>RESTAURANT | | | $160.00 |
| 08/26/13 | RED ROBIN 681 RED ROCARMEL          IN<br>303-846 6000 | | | $38.00 |
| 08/26/13 | INDIANAOPOLIS AIRP 5INDIANAPOLIS          IN<br>3174879594<br>Description          Price | | | $72.00 |
| 08/27/13 | CIRCLE K 113 8613  KOKOMO          IN<br>765-864 8461<br>Quantity          Description          Price | | | $20.05 |
| 08/28/13 | MARSH #066 000000000KOKOMO          IN<br>7709999999 | | | $21.95 |
| 08/29/13 | USPS.COM CLICK100611WASHINGTON          DC<br>800-3447779 | | | $5.05 |
| 08/29/13 | KIRBY RISK ELECTRICAKOKOMO          IN | | | $324.39 |
| 08/29/13 | KIRBY RISK ELECTRICAKOKOMO          IN | | | $124.66 |

Continued on next page

**Platinum Delta SkyMiles® Business Credit Card**
JMC AUTO WORKS LLC
JOEY D KIMBROUGH
Closing Date 09/08/13

▲ D E L T A    p. 5/11

Account Ending 6-61007

| Detail Continued | |
|---|---|

| | | Amount |
|---|---|---|
| 08/30/13 | KOKOMO AUTO WORLD INKOKOMO         IN<br>765-453 4111<br>Description<br>AUTOMOBILE & TRUCK | $39.06 |
| 08/30/13 | DISCOUNT TIRE IN08 KOKOMO          IN<br>7658683187 | $291.58 |
| 08/30/13 | NATIONAL AUTOBODY PAGRAND PRAIRIE    TX<br>WHOLESALE AU | $37.07 |
| 08/31/13 | LOWE'S OF KOKOMO, INKOKOMO         IN<br>765-453-1000 | $41.56 |
| 08/31/13 | BUTTON DODGE BUTTON KOKOMO         IN<br>765-457-1189 | $69.76 |
| 08/31/13 | CARQUEST   010918KOKOMO         IN<br>765-457-7296<br>Description<br>AUTO PARTS/ACCESSOR | $1,474.27 |
| 08/31/13 | OREILLY AUTO 019976KOKOMO         IN<br>800-2886661 | $202.05 |
| 09/05/13 | VZWRLSS█████████████         GA<br>VZWIRELESS | $46.00 |
| 09/06/13 | NATIONAL AUTOBODY PAGRAND PRAIRIE    TX<br>AUTO PARTS/ACCESSORY | $49.75 |
| 09/07/13 | CARQUEST   010918KOKOMO         IN<br>765-457-7296<br>Description<br>AUTO PARTS/ACCESSOR | $2,677.41 |

👤 ██████████
Card Ending 6-61015

| | | Amount |
|---|---|---|
| 08/10/13 | STAPLES 00393     KOKOMO      IN<br>(800)333-3330 | $107.44 |
| 08/17/13 | MEIJER INC #141   QKOKOMO      IN<br>8773634537<br>Description<br>REFER TO RECEIPT | $7.78 |
| 08/19/13 | HIBACHI GRILL AND SUKOKOMO      IN<br>RESTAURANT | $30.54 |
| 08/21/13 | WAL-MART SUPERCENTERKOKOMO      IN<br>DISCOUNT STORE | $18.16 |
| 08/22/13 | MARATHON PETROLEUM CKOKOMO      IN<br>AUTO FUEL DISPENSER | $20.07 |
| 08/22/13 | THE UPS STORE 4998  KOKOMO      IN<br>OFFICE SUPPLY STORE | $9.32 |
| 08/22/13 | HACIENDA 9 - H9 5429KOKOMO      IN<br>7654528231<br>TIP                    $5.00 | $42.04 |
| 08/23/13 | LOWE'S OF KOKOMO, INKOKOMO      IN<br>765-453-1000 | $37.39 |

Continued on reverse

JOEY D KIMBROUGH                          Account Ending 6-61007                          p. 6/11

## Detail Continued

| | | | Amount |
|---|---|---|---|
| 08/24/13 | KOKOMO AUTO SUPPLY KOKOMO IN<br>765-457 4433<br>Description<br>AUTO PARTS/ACCESSOR | | $163.82 |
| 08/26/13 | WAL-MART SUPERCENTERKOKOMO IN<br>DISCOUNT STORE | | $80.03 |
| 08/26/13 | SPEEDWAY 01213 US 54KOKOMO IN<br>7654530677<br>Description          Price<br>███████████  ████ | | $23.99 |
| 08/27/13 | OREILLY AUTO 019976KOKOMO IN<br>800-2886661 | | $311.11 |
| 08/27/13 | CARQUEST   010918KOKOMO IN<br>765-457-7296<br>Description<br>AUTO PARTS/ACCESSOR | | $1,577.60 |
| 08/28/13 | MARATHON PETROLEUM CPERU IN<br>AUTO FUEL DISPENSER | | $19.92 |
| 08/28/13 | HACIENDA 9 - H9 5429KOKOMO IN<br>7654528231<br>TIP          $3.77 | | $23.00 |
| 08/30/13 | MEIJER INC #141  QKOKOMO IN<br>8773634537<br>Description<br>REFER TO RECEIPT | | $32.08 |
| 09/03/13 | SMART MART 000138800GREENTOWN IN<br>574-269-1506<br>Description          Price<br>███████████  ████ | | $19.81 |
| 09/05/13 | MARATHON PETROLEUM CKOKOMO IN<br>AUTO FUEL DISPENSER | | $19.83 |

## Fees

| | Amount |
|---|---|
| Total Fees for this Period | $0.00 |

## Interest Charged

| | Amount |
|---|---|
| Total Interest Charged for this Period | $0.00 |

## 2013 Fees and Interest Totals Year-to-Date

| | Amount |
|---|---|
| Total Fees in 2013 | $150.00 |
| Total Interest in 2013 | $0.00 |

**Platinum Delta SkyMiles® Business Credit Card**    ▲ **D E L T A**    p. 7/11
JMC AUTO WORKS LLC
JOEY D  KIMBROUGH
Closing Date 09/08/13                                              Account Ending 6-61007

---

## Interest Charge Calculation

Your Annual Percentage Rate (APR) is the annual interest rate on your account.

|  | Annual Percentage Rate | Balance Subject to Interest Rate | Interest Charge |
|---|---|---|---|
| Purchases | 15.24% (v) | $0.00 | $0.00 |
| Cash Advances | 21.24% (v) | $0.00 | $0.00 |
| **Total** |  |  | **$0.00** |

(v) Variable Rate

---

## Delta SkyMiles® Earned                                    ▲ **D E L T A**

SkyMiles® Account Number: ▮▮▮▮▮▮

| | Current Period | Year to Date |
|---|---|---|
| Miles Earned for Eligible Spend | ▮ | ▮ |
| Total Bonus Miles Earned | 0 | ▮ |
| **Total Miles Earned** | ▮ | ▮ |

Remember, you can earn a Miles Boost℠ of 10,000 Medallion® Qualification Miles by reaching $25,000 in eligible purchases by December 31st.  Your Year to Date spend on your Platinum Delta SkyMiles® account is $22,297.00.  Terms and Conditions apply.  For details, please visit **americanexpress.com/deltaplatinum.**

JOEY D  KIMBROUGH                     Account Ending 6-61007                                    p. 8/11

**Platinum Delta SkyMiles® Business Credit Card**

▲ D E L T A                p. 9/11

JMC AUTO WORKS LLC
JOEY D  KIMBROUGH
Closing Date 09/08/13

Account Ending 6-61007

## Important Changes to Your Account Terms

We are making changes to your Card account and benefits.  A summary of the changes appears below.  The detailed changes to your Cardmember Agreement and other account terms can be found after the summary chart.

| Summary of Changes | |
| --- | --- |
| **Using the Card** | You may choose to store your Card account number and expiration date with certain merchants from whom you make purchases periodically.  We are updating your Cardmember Agreement to clarify that we may tell these merchants if your expiration date or card number changes or if your account is cancelled.  Currently, we only provide this information to certain merchants whom you have authorized to bill you at regular intervals. |
| **Your Agreement for Transferring Funds Electronically (the "EFT Agreement")** | We are making changes to the EFT Agreement to (1) clarify that it applies to all bank accounts (not just consumer bank accounts), and (2) clarify that the provision regarding prior notice and cancellation of transfers does not apply to Cardmembers who have enrolled a business bank account in certain AutoPay programs. |
| **Oklahoma Insurance Disclosure for Car Rental Loss and Damage Insurance Policy** | We have added an insurance notice for Oklahoma residents regarding insurance fraud. |

*See the following page for Detailed Changes*

JOEY D  KIMBROUGH                Account Ending 6-61007                                    p. 10/11

## Detail of Changes to Your Agreements

The terms of the account referenced in or with this notice are subject to change in accordance with the Cardmember Agreement, Your Agreement for Transferring Funds Electronically (the "EFT Agreement"), and the Car Rental Loss and Damage Insurance Policy governing this account (collectively, the "Agreements"). This notice formally amends the Agreements as described below.  Any terms in the Agreements conflicting with these changes are replaced fully and completely.  Terms not changed by this notice remain in full force and effect.  We encourage you to read this notice, share it with additional Cardmembers on your account, and file it for future reference.  If you have any questions about these changes, please call the number on the back of your Card.

### Using the Card

Effective immediately, the second paragraph of the *Using the Card* section in Part 2 of your Cardmember Agreement is deleted in its entirety and replaced with the following:

"You may arrange for certain merchants to store your card number and expiration date, so that, for example:
- the merchant may charge your account at regular intervals; or
- you may make charges using that stored card information.

We may (but are not required to) tell these merchants if your expiration date or card number changes or if your account is cancelled.  You must notify the merchants directly if you want them to stop charging your Account."

### Your Agreement for Transferring Funds Electronically

Effective immediately, your EFT Agreement is amended as follows:

1. The fifth sentence of the *Words we use in this agreement* Section is hereby deleted and replaced with the following:

   "Your *bank account* is the bank account you use to pay for any transactions you make through the service."

2. The *How to stop AutoPay payments* Section is hereby deleted and replaced with the following:

   "The following terms do not apply to certain AutoPay programs and options where a business bank account is used for the transaction; and the specific terms and conditions of those programs and options will define any applicable notice and cancelation terms:

   (1)  If you have told us to make AutoPay payments from your bank account, you can stop any of these payments by calling us at 1-800-227-4669 or writing to American Express, Electronic Funds Services, P.O. Box 981540, El Paso, TX 79998-1540 in time for us to receive your request at least 2 business days before the payment is scheduled to be made.

   (2)  We will tell you, at least 10 days before each payment, when it will be made and how much it will be.

   (3)  If we receive your request to stop one of these payments at least 2 business days before the payment is scheduled to be made and we do not stop it, we will be liable for your losses or damages."

### Car Rental Loss and Damage Insurance Policy
### Change to Policy for Residents of Oklahoma:

We are making Important Changes to your Car Rental Loss and Damage Insurance policy ("Policy") underwritten by AMEX Assurance Company.

Effective immediately, the following section is hereby added after the <u>How Benefits are Paid</u> section:

"**Fraud:**  WARNING:  Any person who knowingly, and with intent to injure, defraud or deceive any insurer, makes any claim for the proceeds of an insurance policy containing any false, incomplete or misleading information is guilty of a felony.

Form Number: CRLDIAE0612OK"

p. 11/11

## OPEN Savings® Summary

JMC AUTO WORKS LLC
JOEY D KIMBROUGH

Closing Date 09/08/13

Account Ending 6-61007

| Discounts | |
|---|---|
| **This Period** | $0.00 |
| **Year to Date** | $0.00 |

Remember, you can get up to 10% discounts on eligible purchases with OPEN Savings® partners. Visit **opensavings.com** to learn more.

Discounts will be applied in the form of a statement credit. For full terms and conditions go to **opensavings.com**.

---

**Save up to 10% on eligible purchases with these OPEN Savings partners. Visit opensavings.com for details.**

   

   

  

Discounts will be credited to your statement. Merchant participation and offers are subject to change without notice. Maximum annual savings caps and exclusions may apply.  See individual OPEN Savings partner terms and conditions located at **opensavings.com**.

---

**Offers are made only to Cardmembers who meet certain qualifying criteria. By responding you will be disclosing to the merchant that you meet these criteria.**

# Exhibit B-3

**Business Platinum Card®**
BURNETTS TIPTON LLC
JOEY KIMBROUGH
Closing Date 06/16/15     Next Closing Date 07/17/15

**OPEN** SM

p. 1/13

AMERICAN EXPRESS

Account Ending 0-71005

| New Balance | $1,236.02 |
|---|---|
| **Please Pay By** | **07/01/15‡** |

‡Payment is due upon receipt. We suggest you pay by the Please Pay By date.

→ See page 2 for important information about your account.

→ **See Page 7   for Important Changes to Your Account Benefits.**

→ **See Page 9   For A Notice Of Changes To The Membership Rewards Program Terms & Conditions.**

### Membership Rewards® Points
Available and Pending as of 05/31/15

For up to date point balance and full program details, visit **membershiprewards.com**

### Account Summary
| | |
|---|---|
| Previous Balance | $450.00 |
| Payments/Credits | -$2,402.10 |
| New Charges | +$3,188.12 |
| Fees | +$0.00 |
| **New Balance** | **$1,236.02** |

Days in Billing Period: 30

### Customer Care

**Pay by Computer**
open.com/pbc

| Customer Care | Pay by Phone |
|---|---|
| 1 800-492 8468 | 1 800-472 9297 |

→ See page 2 for additional information.

---

↓ Please fold on the perforation below, detach and return with your payment ↓

**Payment Coupon**
Do not staple or use paper clips

**Pay by Computer**
open.com/pbc

**Pay by Phone**
1-800-472-9297

Account Ending 0-71005

Enter account number on all documents.
Make check payable to American Express.

JOEY KIMBROUGH
BURNETTS TIPTON LLC
BURNETTS TIPTON LLC

| Please Pay By |
|---|
| **07/01/15** |
| Amount Due |
| **$1,236.02** |

☐ Check here if your address or phone number has changed. Note changes on reverse side.

AMERICAN EXPRESS
P.O. BOX 650448
DALLAS TX 75265-0448

IIₙₗₗₗₗₗₗₗₗIₗₗₗIIₗₗₗₗIₗIₗIₗₗₗIₗₗₗₗIₗₗₗₗₗIₗₗIₗIₗₗₗₗIₗₗII

0000349992225184496 0001236020001236O2 13 A

**Payments:** Your payment must be sent to the payment address shown on your statement and must be received by 5 p.m. local time at that address to be credited as of the day it is received. Payments we receive after 5 p.m. will not be credited to your Account until the next day. Payments must also: (1) include the remittance coupon from your statement; (2) be made with a single check drawn on a US bank and payable in US dollars, or with a negotiable instrument payable in US dollars and clearable through the US banking system; and (3) include your Account number. If your payment does not meet all of the above requirements, crediting may be delayed and you may incur late payment fees and additional interest charges. Electronic payments must be made through an electronic payment method payable in US dollars and clearable through the US banking system. If we accept payment in a foreign currency, we will convert it into US dollars at a conversion rate that is acceptable to us, unless a particular rate is required by law. Please do not send post dated checks as they will be deposited upon receipt. Any restrictive language on a payment we accept will have no effect on us without our express prior written approval. We will re-present to your financial institution any payment that is returned unpaid.

**Permission for Electronic Withdrawal:** (1) When you send a check for payment, you give us permission to electronically withdraw your payment from your deposit or other asset account. We will process checks electronically by transmitting the amount of the check, routing number, account number and check serial number to your financial institution, unless the check is not processable electronically or a less costly process is available. When we process your check electronically, your payment may be withdrawn from your deposit or other asset account as soon as the same day we receive your check, and you will not receive that cancelled check with your financial account statement. If we cannot collect the funds electronically we may issue a draft against your deposit or other asset account for the amount of the check. (2) By using Pay By Computer, Pay By Phone or any other electronic payment service of ours, you give us permission to electronically withdraw funds from the deposit or other asset account you specify in the amount you request. Payments using such services of ours received after 8:00 p.m. MST may not be credited until the next day.

**How We Calculate Your Balance:** We use the Average Daily Balance (ADB) method (including new transactions) to calculate the balance on which we charge interest for Pay Over Time balances on your Account. Call the Customer Care number listed below for more information about this balance computation method and how resulting interest charges are determined. *The method we use to calculate the ADB and interest results in daily compounding of interest.*

**How to Avoid Paying Interest:** If you have a Pay Over Time balance, your due date is at least 25 days after the close of each billing period. We will not charge interest on charges added to a Pay Over Time balance if you pay the Account Total New Balance by the due date each month.

**Foreign Currency Charges:** If you make a Charge in a foreign currency, we will convert it into US dollars on the date we or our agents process it. We will choose a conversion rate that is acceptable to us for that date, unless a particular rate is required by law. The conversion rate we use is no more than the highest official rate published by a government agency or the highest interbank rate we identify from customary banking sources on the conversion date or the prior business day. This rate may differ from rates in effect on the date of your charge. Charges converted by establishments will be billed at the rates such establishments use.

**Credit Balance:** A credit balance (designated CR) shown on this statement represents money owed to you. If within the six-month period following the date of the first statement indicating the credit balance you do not request a refund or charge enough to use up the credit balance, we will send you a check for the credit balance within 30 days if the amount is $1.00 or more.

**Credit Reporting:** We may report information about your Account to credit bureaus. Late payments, missed payments, or other defaults on your Account may be reflected in your credit report.



| | | |
|---|---|---|
| **Customer Care & Billing Inquiries** | 1-800-492-8468 | **Hearing Impaired** |
| **International Collect** | 1-623-492-7719 | **TTY:** 1 800-221-9950 |
| **Large Print & Braille Statements** | 1-800-492-8468 | **FAX:** 1-800-695-9090 |
| **Express Cash** | 1-800-CASH-NOW | **In NY:** 1-800-522-1897 |

**Website:** americanexpress.com
**Mobile Site:** amexmobile.com

**Customer Care & Billing Inquiries**
P.O. BOX 981535
EL PASO, TX
79998-1535

**Payments**
P.O. BOX 650448
DALLAS TX
75265-0448



**Change of Address**
If correct on front, do not use.

• To change your address online, visit www.americanexpress.com/updatecontactinfo
• For Name, Company Name, and Foreign Address or Phone changes, please call Customer Care.
• Please print clearly in blue or black ink only in the boxes provided.

Street Address

City, State

Zip Code

Area Code and Home Phone

Area Code and Work Phone

Email

**Pay Your Bill with AutoPay**

· Avoid late fees
· Save time

Deduct your payment from your bank account automatically each month

Visit **americanexpress.com/autopay** today to enroll.

For information on how we protect your privacy and to set your communication and privacy choices, please visit **www.americanexpress.com/privacy.**



**Business Platinum Card®**
BURNETTS TIPTON LLC
JOEY KIMBROUGH
Closing Date 06/16/15

p. 3/13

Account Ending 0-71005

## Payments and Credits

### Summary

| | Total |
|---|---|
| Payments | -$2,402.10 |
| Credits | $0.00 |
| **Total Payments and Credits** | **-$2,402.10** |

### Detail     *Indicates posting date

| Payments | | | Amount |
|---|---|---|---|
| 05/25/15* | JOEY KIMBROUGH | ONLINE PAYMENT - THANK YOU | -$1,351.70 |
| 06/07/15* | JOEY KIMBROUGH | ONLINE PAYMENT - THANK YOU | -$623.80 |
| 06/15/15* | JOEY KIMBROUGH | ONLINE PAYMENT - THANK YOU | -$426.60 |

## New Charges

### Summary

| | Total |
|---|---|
| JOEY KIMBROUGH 0-71005 | $820.74 |
| ▮▮▮▮ 0-71013 | $2,367.38 |
| **Total New Charges** | **$3,188.12** |

### Detail

**JOEY KIMBROUGH**
Card Ending 0-71005

| | | | Amount |
|---|---|---|---|
| 05/19/15 | CUSTOM SIGNS & GRAPHTipton squareup.com/receipts | IN | $331.70 |
| 05/21/15 | AMAZON MKTPLACE PMTSAMZN.COM/BILL BOOK STORES | WA | $92.00 |
| 06/15/15 | TIPTON AUTOMOTIVE SUTIPTON AUTO PARTS/ACCESSORY | IN | $397.04 |

Card Ending 0-71013

| | | | Amount |
|---|---|---|---|
| 05/18/15 | LOWE'S OF KOKOMO, INKOKOMO 765-453-1000 | IN | $201.35 |
| 05/18/15 | ACE HARDWARE OF TIPTTIPTON HARDWARE STORE | IN | $8.55 |
| 05/18/15 | ACE HARDWARE OF TIPTTIPTON HARDWARE STORE | IN | $9.76 |
| 05/18/15 | SMOKERS HOST 310 542TIPTON 7654080129 | IN | $5.20 |
| | Description          Price | | |
| | ▮▮▮▮▮▮▮    ▮▮▮ | | |
| 05/18/15 | TRACTOR SUPPLY 1671 TIPTON 765-675 4846 | IN | $2.91 |

Continued on reverse

JOEY KIMBROUGH                    Account Ending 0-71005                                    p. 4/13

| **Detail Continued** | | |
|---|---|---|
| | | **Amount** |
| 05/18/15 | PIZZA SHACK 54292980TIPTON          IN<br>7656758787 | $38.00 |
| 05/20/15 | HUCK'S FOOD & FUEL SGREENTOWN          IN<br>7656283543 | $10.44 |
| 05/20/15 | HUCK'S FOOD & FUEL SGREENTOWN          IN<br>7656283543 | $29.75 |
| 05/21/15 | LOWE'S OF KOKOMO, INKOKOMO          IN<br>765-453-1000 | $110.51 |
| 05/21/15 | SUNBELT RENTALS #310KOKOMO          IN<br>803-578-5802<br>Description<br>SUNBELT RENTALS #58 | $61.53 |
| 05/27/15 | STAPLES 00393      (800)333-3330 | $192.58 |
| 05/28/15 | HARBOR FREIGHT TOOLSKOKOMO          IN<br>765-864 8350<br>Description<br>HARDWARE/TOOLS | $279.72 |
| 05/28/15 | ACE HARDWARE OF TIPTTIPTON          IN<br>HARDWARE STORE | $132.63 |
| 05/29/15 | TIPTON AUTOMOTIVE SUTIPTON          IN<br>AUTO PARTS/ACCESSORY | $18.87 |
| 06/08/15 | LOWE'S OF KOKOMO, INKOKOMO          IN<br>765-453-1000 | $48.41 |
| 06/08/15 | GREG SMITH EQUIPMENTINDIANAPOLIS          IN<br>(317)542 0662<br>Description | $354.17 |
| 06/08/15 | BRAD LEHR "CORNWELL ANDERSON          IN<br>765-425-7381<br>Description<br>BUSINESS SERVICES | $24.02 |
| 06/15/15 | BRAD LEHR "CORNWELL ANDERSON          IN<br>765-425-7381<br>Description<br>BUSINESS SERVICES | $213.95 |
| 06/16/15 | LOWE'S OF KOKOMO, INKOKOMO          IN<br>765-453-1000 | $625.03 |

| **Fees** | |
|---|---|
| | **Amount** |
| **Total Fees for this Period** | **$0.00** |

Continued on next page

**Business Platinum Card®**
BURNETTS TIPTON LLC
JOEY KIMBROUGH
Closing Date 06/16/15

**OPEN**℠

p. 5/13

Account Ending 0-71005

AMERICAN
EXPRESS

## 15 Fees and Interest Totals Year-to-Date

| | Amount |
|---|---|
| Total Fees in 2015 | $450.00 |
| Total Interest in 2015 | $0.00 |

JOEY KIMBROUGH                    Account Ending 0-71005                    p. 6/13



**Business Platinum Card®**

BURNETTS TIPTON LLC
JOEY KIMBROUGH
Closing Date 06/16/15

**OPEN**℠    p. 7/13

Account Ending 0-71005

## Important Change to Your Account Benefits

As of August 1, 2015, the Platinum Villas Program will no longer be available as a Card Member benefit. All bookings made with the Villas Program through July 31, 2015 (including any previously made bookings), for travel to be completed by December 31, 2018, will continue to be eligible for the value added amenity up to $500.

To learn more about your Business Platinum Card® benefits, visit www.open.com/businessplatinum.

JOEY KIMBROUGH                    Account Ending 0-71005                    p. 8/13

**Business Platinum Card®**

**OPEN** SM     p. 9/13

BURNETTS TIPTON LLC
JOEY KIMBROUGH
Closing Date 06/16/15

Account Ending 0-71005



## Notice of Important Membership Rewards® Program Changes

We are making changes to the Membership Rewards Program Terms & Conditions. A summary of the
changes appears below. The detailed changes can be found after the summary chart.

| Summary of Changes | |
|---|---|
| **Conversion Rates** | Effective October 1, 2015, when transferring points from Membership Rewards to British Airways and Iberia, the number of Avios you receive will change. From this date, for every 250 Membership Rewards points you transfer to the British Airways Executive Club and Iberia Plus programs, you will receive 200 Avios (the previous conversion rate was 1,000 Membership Rewards points for 1,000 Avios). As of October 1, 2015, you must transfer points to these loyalty programs in increments of 250. |
| **Transferring Points to Plenti** | Starting May 4, 2015, all Card Members enrolled in Membership Rewards may transfer points to the Plenti℠ rewards program. |
| **Operating Organization** | We are adding language to specify that the Membership Rewards program is owned and operated by American Express Travel Related Services Company, Inc. |

## Details of the Changes

The Membership Rewards program Terms and Conditions ("Terms and Conditions") are subject to change.
This notice formally amends the Terms and Conditions as described below. Any terms in the Terms and
Conditions conflicting with these changes are replaced fully and completely. Terms not changed by this
notice remain in full force and effect.

### Conversion Rates

Effective October 1, 2015, the Terms and Conditions are amended by inserting the following in the
*Conversion rates and increments* sub-section of the *Transferring Points to Frequent Customer Programs*
section:

- British Airways and Iberia: 250 points = 200 Avios; must be transferred in 250-point increments

### Transferring Points to Plenti

Effective May 4, 2015, the Terms and Conditions are amended by inserting the following in the *Using Points*
section:

#### 2. TRANSFERRING POINTS TO PLENTI

All Card Members may transfer points to the Plenti℠ rewards program. You must finish signing up for
the Plenti rewards program before you can transfer points to Plenti. 500 Membership Rewards points will
equal 400 Plenti points. Membership Rewards points must be transferred in 500 point increments.
Membership Rewards point transfers to Plenti cannot be reversed. Points transferred are subject to the
terms and conditions of the Plenti program, **including those terms providing that on December 31,
each year, any Plenti points that are at least two years old will expire.** You may transfer points only
to a Plenti account in your name or in the name of an Additional Card Member on your Linked Account.

### Additional Terms

Effective immediately, the Terms and Conditions are amended by inserting the following at the end of the
*Additional Terms* section:

The Membership Rewards program is owned and operated by American Express Travel Related
Services Company, Inc.

**AMERICAN EXPRESS**

**Membership Rewards®**
**Monthly Statement and Program News**

**Prepared for JOEY KIMBROUGH**          Account Number ▓▓▓▓▓

| **Total Points Balance** | ▓▓▓ |
|---|---|

| **Points Earned this Period** | ▓▓▓ |
|---|---|

**Questions About Your Account?**

🖥 membershiprewards.com

**1-800-297-1300**
**International Collect: 305-816-2799**

### Account Summary    May 7, 2015 - May 31, 2015

| | |
|---|---|
| Opening Points Balance | 0 |
| Points Earned this Period | ▓▓▓ |
| Points Used this Period | 0 |
| Reinstated Points and Adjustments | 0 |
| **Total Points Balance** | ▓▓▓ |

**Points Earned this Period are pending until charges are paid in full and all your accounts are in good standing.**

**Did You Know?**

**Use Points For Your Charges**
Use your Card for charges like travel, dining, groceries, and more, then go online and use the points you earned toward your eligible charges.

Learn more at
**membershiprewards.com/yourcharges**

### Points Transaction Detail    May 7, 2015 - May 31, 2015

| Points Earned this Period | Points Activity On Eligible Charges | Bonus Points Awarded | Total Points Activity Per Card |
|---|---|---|---|
| **Business Platinum** XXXX-XXXXX0-71005 | 0 | **0** | 0 |
| **Add'l Business Platinum** XXXX-XXXXX0-71013 | ▓▓▓ | **0** | ▓▓▓ |
| **Total** | ▓▓▓ | **0** | ▓▓▓ |

Membership Rewards points earned may be transferred or redeemed as long as all enrolled Card accounts are in good standing. Points transferred or redeemed cannot be reversed back into the program. **Forfeited points can be reinstated for a fee by calling the number provided below or visiting membershiprewards.com.** Terms and Conditions of the Membership Rewards® program apply. For more information, visit membershiprewards.com/terms or call 1-800-297-1300. From overseas, call collect 305-816-2799.

Prepared for
**JOEY KIMBROUGH**
Membership Rewards® Account Number



## OPEN Savings® Summary

BURNETTS TIPTON LLC
JOEY KIMBROUGH
Closing Date 06/16/15

Account Ending 0-71005

| Discounts | | |
|---|---|---|
| This Period | | $0.00 |
| Year to Date | | $0.00 |

| Membership Rewards® Points | | |
|---|---|---|
| This Period | | 0 |
| Year to Date | | 0 |

Remember, you can get benefits on eligible purchases with OPEN Savings® partners¹ automatically when you use your Business Card from American Express OPEN. Learn more at **opensavings.com.**

Discounts will be applied in the form of a statement credit. For full terms and conditions go to **opensavings.com.**

The Membership Rewards points balance shown above reflects only points received through the OPEN Savings benefit and may not reflect any reversals. Please refer to your Membership Rewards account balance for the most up-to-date balance information.

1 See individual OPEN Savings partner terms and conditions located at **opensavings.com.**

---

**Get 2 additional Membership Rewards® points for each eligible dollar spent OR a 5% discount on eligible purchases with OPEN Savings® partners.  Visit opensavings.com for details.**

      

         

   

Merchant participation and offers are subject to change without notice.  Maximum annual caps and exclusions may apply to the benefit you can receive.  See individual OPEN Savings partner terms and conditions located at **opensavings.com.**

---

**Offers are made only to Cardmembers who meet certain qualifying criteria. By responding you will be disclosing to the merchant that you meet these criteria.**

# Exhibit B-4



**Hilton Honors American Express Ascend Card**

**Hilton HONORS**    p. 1/4

JOEY D KIMBROUGH
Closing Date 04/25/18

Account Ending 6-01002

| | |
|---|---|
| **New Balance** | **$24,523.56** |
| **Minimum Payment Due** | **$585.00** |
| **Payment Due Date** | **05/20/18‡** |

‡ **Late Payment Warning:** If we do not receive your Minimum Payment Due by the Payment Due Date of 05/20/18, you may have to pay a late fee of up to $38.00 and your APRs may be increased to the Penalty APR of 29.99%.

**Minimum Payment Warning:** If you make only the minimum payment each period, you will pay more in interest and it will take you longer to pay off your balance. For example:

| If you make no additional charges and each month you pay... | You will pay off the balance shown on this statement in about... | And you will pay an estimated total of... |
|---|---|---|
| Only the Minimum Payment Due | 29 years | $57,637 |
| $872 | 3 years | $31,400 (Savings = $26,237) |

If you would like information about credit counseling services, call 1-888-733-4139.

See page 2 for important information about your account.

Your membership will be renewed next month. Please refer to the Renewal Notice on **Page 4.**

ⓘ **Important Information:** To access the most up to date version of your Cardmember Agreement, please log in to your Account at **www.americanexpress.com.**

Continued on page 3

**View your Hilton Honors point balance at hiltonhonors.com**

**Account Summary**

| | |
|---|---|
| Previous Balance | $24,779.61 |
| Payments/Credits | -$599.00 |
| New Charges | +$0.00 |
| Fees | +$0.00 |
| Interest Charged | +$342.95 |

| | |
|---|---|
| **New Balance** | **$24,523.56** |
| **Minimum Payment Due** | **$585.00** |
| Credit Limit | $25,000.00 |
| Available Credit | $476.44 |
| Cash Advance Limit | $4,500.00 |
| Available Cash | $476.44 |
| Days in Billing Period: 30 | |

**Customer Care**

**Pay by Computer**
americanexpress.com/pbc

**Customer Care**
1-833-698-2566

**Pay by Phone**
1-800-472-9297

See Page 2 for additional information.

↓ Please fold on the perforation below, detach and return with your payment ↓

 **Payment Coupon**
Do not staple or use paper clips

**Pay by Computer**
americanexpress.com/pbc

 **Pay by Phone**
1-800-472-9297

**Account Ending 6-01002**

Enter 15 digit account # on all payments.
Make check payable to American Express.

JOEY D KIMBROUGH

| | |
|---|---|
| Payment Due Date | **05/20/18** |
| New Balance | **$24,523.56** |
| Minimum Payment Due | **$585.00** |

☐ Check here if your address or phone number has changed. Note changes on reverse side.

AMERICAN EXPRESS
P.O. BOX 650448
DALLAS TX 75265-0448

$_____.____
**Amount Enclosed**

0000034999252046916 00245235600005850 0 22 ꓱ

JOEY D KIMBROUGH                              Account Ending 6-01002                                    p. 2/4

**Payments:** Your payment must be sent to the payment address shown on your statement and must be received by 5 p.m. local time at that address to be credited as of the day it is received. Payments we receive after 5 p.m. will not be credited to your Account until the next day. Payments must also: (1) include the remittance coupon from your statement; (2) be made with a single check drawn on a US bank and payable in US dollars, or with a negotiable instrument payable in US dollars and clearable through the US banking system; and (3) include your Account number. If your payment does not meet all of the above requirements, crediting may be delayed and you may incur late payment fees and additional interest charges. Electronic payments must be made through an electronic payment method payable in US dollars and clearable through the US banking system. If we accept payment in a foreign currency, we will convert it into US dollars at a conversion rate that is acceptable to us, unless a particular rate is required by law. Please do not send post-dated checks as they will be deposited upon receipt. Any restrictive language on a payment we accept will have no effect on us without our express prior written approval. We will re-present to your financial institution any payment that is returned unpaid.

**Permission for Electronic Withdrawal:** (1) When you send a check for payment, you give us permission to electronically withdraw your payment from your deposit or other asset account. We will process checks electronically by transmitting the amount of the check, routing number, account number and check serial number to your financial institution, unless the check is not processable electronically or a less costly process is available. When we process your check electronically, your payment may be withdrawn from your deposit or other asset account as soon as the same day we receive your check, and you will not receive that cancelled check with your deposit or other asset account statement. If we cannot collect the funds electronically we may issue a draft against your deposit or other asset account for the amount of the check. (2) By using Pay By Computer, Pay By Phone or any other electronic payment service of ours, you give us permission to electronically withdraw funds from the deposit or other asset account you specify in the amount you request. Payments using such services of ours received after 8:00 p.m. MST may not be credited until the next day.

**How We Calculate Your Balance:** We use the Average Daily Balance (ADB) method (including new transactions) to calculate the balance on which we charge interest on your Account. Call the Customer Care number listed below for more information about this balance computation method and how resulting interest charges are determined. *The method we use to figure the ADB and interest results in daily compounding of interest.*

**Paying Interest:** Your due date is at least 25 days after the close of each billing period. We will not charge you interest on your purchases if you pay the New Balance by the due date each month. We will charge you interest on cash advances and (unless otherwise disclosed) balance transfers beginning on the transaction date.

**Foreign Currency Charges:** If you make a Charge in a foreign currency, we will convert it into US dollars on the date we or our agents process it. We will choose a conversion rate that is acceptable to us for that date, unless a particular rate is required by law. The conversion rate we use is no more than the highest official rate published by a government agency or the highest interbank rate we identify from customary banking sources on the conversion date or the prior business day. This rate may differ from rates in effect on the date of your charge. Charges converted by establishments (such as airlines) will be billed at the rates such establishments use.

**Credit Balance:** A credit balance (designated CR) shown on this statement represents money owed to you. If within the six-month period following the date of the first statement indicating the credit balance you do not request a refund or charge enough to use up the credit balance, we will send you a check for the credit balance within 30 days if the amount is $1.00 or more.

**Credit Reporting:** We may report information about your Account to credit bureaus. Late payments, missed payments, or other defaults on your Account may be reflected in your credit report.

---

 **Customer Care & Billing Inquiries**    1-833-698-2566    **Hearing Impaired**
**International Collect**                     1-336-393-1111    **TTY:** 1-800-221-9950
**Large Print & Braille Statements**         1-833-698-2566    **FAX:** 1-800-695-9090
**Cash Advance at ATMs Inquiries**           1-800-CASH-NOW    **In NY:** 1-800-522-1897

**Website:** americanexpress.com

**Customer Care**
**& Billing Inquiries**          **Payments**
P.O. BOX 981535                  P.O. BOX 650448
EL PASO, TX                      DALLAS TX 75265-
79998-1535                       0448

---

**Change of Address**
If correct on front, do not use.
- To change your address online, visit www.americanexpress.com/updatecontactinfo
- For Name, Company Name, and Foreign Address or Phone changes, please call Customer Care.
- Please print clearly in blue or black ink only in the boxes provided.

Street Address

City, State

Zip Code

Area Code and
Home Phone

Area Code and
Work Phone

Email

**Pay Your Bill with AutoPay**

Avoid late fees
Save time

Deduct your payment from your bank account automatically each month

Visit **americanexpress.com/autopay** today to enroll.

For information on how we protect your privacy and to set your communication and privacy choices, please visit **www.americanexpress.com/privacy.**



**Hilton Honors American Express Ascend Card**



p. 3/4

JOEY D KIMBROUGH
Closing Date 04/25/18

Account Ending 6-01002

Enjoy the convenience and flexibility of **Online Payments**. Choose to pay from up to 9 different bank accounts and securely schedule a payment, even on the day it's due if received prior to 8pm MST.

Visit **www.americanexpress.com/onlinepayments** to get started.

## Payments and Credits

### Summary

| | Total |
|---|---|
| **Payments** | -$599.00 |
| **Credits** | $0.00 |
| **Total Payments and Credits** | **-$599.00** |

### Detail    *Indicates posting date

| Payments | | Amount |
|---|---|---|
| 04/24/18* | ONLINE PAYMENT - THANK YOU | -$599.00 |

## Fees

| | Amount |
|---|---|
| **Total Fees for this Period** | **$0.00** |

## Interest Charged

| | | Amount |
|---|---|---|
| 04/25/18 | Interest Charge on Purchases | $342.95 |
| **Total Interest Charged for this Period** | | **$342.95** |

### About Trailing Interest

You may see interest on your next statement even if you pay the new balance in full and on time and make no new charges. This is called "trailing interest." Trailing interest is the interest charged when, for example, you didn't pay your previous balance in full. When that happens we charge interest from the first day of the billing period until we receive your payment in full. You can avoid paying interest on purchases by paying your balance in full and on time each month. Please see the "When we charge interest" sub-section in your Cardmember Agreement for details.

## 2018 Fees and Interest Totals Year-to-Date

| | Amount |
|---|---|
| Total Fees in 2018 | $37.00 |
| Total Interest in 2018 | $1,433.20 |

## Interest Charge Calculation

Your Annual Percentage Rate (APR) is the annual interest rate on your account.

| | Transactions Dated | | Annual Percentage Rate | Balance Subject to Interest Rate | Interest Charge |
|---|---|---|---|---|---|
| | From | To | | | |
| Purchases | 02/05/2014 | | 16.74% (v) | $24,905.29 | $342.95 |
| Cash Advances | 02/05/2014 | | 26.74% (v) | $0.00 | $0.00 |
| **Total** | | | | | **$342.95** |
| (v) Variable Rate | | | | | |

## Renewal Notice

Your Account renews next month. The following terms will be in effect when your Account renews, unless we tell you otherwise. Please refer to Page 2 for more information about your Account, including How We Calculate Your Balance, Paying Interest, and Foreign Currency Charges.

*Please refer to page 2 for further important information regarding your account*

**Annual Membership Fee:** The annual membership fee for your Account is $95.00. When you receive the statement in which the annual fee is billed, you can avoid paying the annual fee by calling the Customer Care phone number on Page 2 to cancel your Account.

**APR Information:** The Annual Percentage Rates (APRs) for each billing period may vary based on the Prime Rate. We use the Prime Rate published in the rates section of *The Wall Street Journal* on the Closing Date of the billing period. *The Wall Street Journal* may not publish the Prime Rate on that day. If it does not, we will use the Prime Rate from the previous day it was published.

The Penalty APR may apply to your Account if you make one or more late payments or if your payment is returned. We may also consider your creditworthiness in determining whether or not to apply the penalty APR to your Account. If the Penalty APR is applied, it will apply for at least 6 months. We will review your Account every 6 months after the Penalty APR is applied. The Penalty APR will continue to apply until you have made timely payments with no returned payments during the 6 months being reviewed.

The following APRs apply to your Account as of the Closing Date of this Statement.

(v) Indicates variable rate
\* Indicates variable penalty APR will not exceed 29.99%

### Purchases

| Rate Description | Transactions Dated | | Prime + Margin | APR |
|---|---|---|---|---|
| | From | To | | |
| Standard | 02/05/2014 | | Prime + 11.99% | 16.74% (v) |
| Penalty | 02/05/2014 | | Prime + 25.99%* | 29.99% (v)* |

### Cash Advances

| Rate Description | Transactions Dated | | Prime + Margin | APR |
|---|---|---|---|---|
| | From | To | | |
| Standard | 02/05/2014 | | Prime + 21.99% | 26.74% (v) |
| Penalty | 02/05/2014 | | Prime + 25.99%* | 29.99% (v)* |

## Hilton Honors Points Earned

Hilton Honors Account Number: 



Your qualifying Year-to-Date spend on your Hilton Honors American Express Ascend Card is $0.00. To qualify for Hilton Honors Diamond Status, you need to have $40,000 qualified spend by December 31st.

# Exhibit B-5

**Platinum Delta SkyMiles® Business Credit Card**
BURNETT'S NORTH LLC
JOEY D KIMBROUGH
Closing Date 07/02/14

**△ DELTA**                                             p. 1/7

Account Ending 4-41007

| New Balance | $3,322.29 |
|---|---|
| Minimum Payment Due | $35.00 |
| Payment Due Date | 07/27/14 |

**Late Payment Warning:** If we do not receive your Minimum Payment Due by the Payment Due Date listed above, you may have to pay a late fee of up to $37.00 and your Purchase APR may be increased to the Penalty APR of 27.24%.

**Minimum Payment Warning:** If you make only the minimum payment each period, you will pay more in interest and it will take you longer to pay off your balance. For example:

| If you make no additional charges and each month you pay... | You will pay off the balance shown on this statement in about... | And you will pay an estimated total of... |
|---|---|---|
| Only the Minimum Payment Due | 12 years | $6,382 |
| $116 | 3 years | $4,163 (Savings = $2,219) |

If you would like information about credit counseling services, call 1-888-733-4139.

See page 2 for important information about your account.



The OPEN Savings® benefit
**Boosts Your Value**
Automatically get **up to a 10% discount** credited to your statement when you use your Card for eligible purchases with OPEN Savings partners including Hertz®, FedEx Express, 1-800-FLOWERS.COM®, and others.
Hertz   FedEx Express   1-800 flowers
Learn more about this built-in Card feature at **opensavings.com**.

**Delta SkyMiles®**
Earned this Period



For details, see your Delta SkyMiles Summary.

**Account Summary**

| Previous Balance | $195.00 |
|---|---|
| Payments/Credits | -$3,943.22 |
| New Charges | +$7,070.51 |
| Fees | +$0.00 |
| Interest Charged | +$0.00 |

| New Balance | $3,322.29 |
|---|---|
| Minimum Payment Due | $35.00 |

| Credit Limit | $15,000.00 |
|---|---|
| Available Credit | $11,677.71 |
| Cash Advance Limit | $3,000.00 |
| Available Cash | $3,000.00 |
| Days in Billing Period: 30 | |

**Customer Care**

Pay by Computer
open.com/pbc

**Customer Care**          **Pay by Phone**
1 800-297 6200          1 800-472 9297

See page 2 for additional information.

---

↓ Please fold on the perforation below, detach and return with your payment ↓

**Payment Coupon**          **Pay by Computer**          **Pay by Phone**          **Account Ending 4-41007**
Do not staple or use paper clips          open.com/pbc          1-800-472-9297
                                                                                  Enter account number on all documents.
                                                                                  Make check payable to American Express.

JOEY D KIMBROUGH
BURNETT'S NORTH LLC
BURNETT'S NORTH LLC

| | Payment Due Date |
|---|---|
| | **07/27/14** |
| | New Balance |
| | **$3,322.29** |
| | Minimum Payment Due |
| | **$35.00** |

☐ Check here if your address or phone number has changed. Note changes on reverse side.

AMERICAN EXPRESS
P.O. BOX 650448
DALLAS TX 75265-0448

$_____•_____
**Amount Enclosed**

0000349992126978764  0003322290000003500  01  ᴄ

JOEY D  KIMBROUGH                    Account Ending 4-41007                                p. 2/7

**Payments:** Your payment must be sent to the payment address shown on your statement and must be received by 5 p.m. local time at that address to be credited as of the day it is received. Payments we receive after 5 p.m. will not be credited to your Account until the next day. Payments must also: (1) include the remittance coupon from your statement; (2) be made with a single check drawn on a US bank and payable in US dollars, or with a negotiable instrument payable in US dollars and clearable through the US banking system; and (3) include your Account number. If your payment does not meet all of the above requirements, crediting may be delayed and you may incur late payment fees and additional interest charges. Electronic payments must be made through an electronic payment method payable in US dollars and clearable through the US banking system. If we accept payment in a foreign currency, we will convert it into US dollars at a conversion rate that is acceptable to us, unless a particular rate is required by law. Please do not send post dated checks as they will be deposited upon receipt. Any restrictive language on a payment we accept will have no effect on us without our express prior written approval. We will re-present to your financial institution any payment that is returned unpaid.

**Permission for Electronic Withdrawal:** (1) When you send a check for payment, you give us permission to electronically withdraw your payment from your deposit or other asset account. We will process checks electronically by transmitting the amount of the check, routing number, account number and check serial number to your financial institution, unless the check is not processable electronically or a less costly process is available. When we process your check electronically, your payment may be withdrawn from your deposit or other asset account as soon as the same day we receive your check, and you will not receive that cancelled check with your financial account statement. If we cannot collect the funds electronically we may issue a draft against your deposit or other asset account for the amount of the check. (2) By using Pay By Computer, Pay By Phone or any other electronic payment service of ours, you give us permission to electronically withdraw funds from the deposit or other asset account you specify in the amount you request. Payments using such services of ours received after 8:00 p.m. MST may not be credited until the next day.

**How We Calculate Your Balance:** We use the Average Daily Balance (ADB) method (including new transactions) to calculate the balance on which we charge interest on your Account. Call the Customer Service number listed below for more information about this balance computation method and how resulting interest charges are determined. *The method we use to calculate the ADB and interest results in daily compounding of interest.*

**Paying Interest:** Your due date is at least 25 days after the Closing Date of each billing period. We will not charge you interest on your purchases if you pay the New Balance by the due date each month. We will charge you interest on cash advances and (unless otherwise disclosed) balance transfers beginning on the transaction date.

**Foreign Currency Charges:** If you make a Charge in a foreign currency, we will convert it into US dollars on the date we or our agents process it. We will choose a conversion rate that is acceptable to us for that date, unless a particular rate is required by law. The conversion rate we use is no more than the highest official rate published by a government agency or the highest interbank rate we identify from customary banking sources on the conversion date or the prior business day. This rate may differ from rates in effect on the date of your charge. Charges converted by establishments (such as airlines) will be billed at the rates such establishments use.

**Credit Balance:** A credit balance (designated CR) shown on this statement represents money owed to you. If within the six month period following the date of the first statement indicating the credit balance you do not request a refund or charge enough to use up the credit balance, we will send you a check for the credit balance within 30 days if the amount is $1.00 or more.

**Credit Reporting:** We may report information about your Account to credit bureaus. Late payments, missed payments, or other defaults on your Account may be reflected in your credit report.



| | | |
|---|---|---|
| **Customer Care & Billing Inquiries** | 1-800-297-6200 | **Hearing Impaired** |
| **International Collect** | 1-623-492-7719 | **TTY:** 1 800-221-9950 |
| **Large Print & Braille Statements** | 1-800-297-6200 | **FAX:** 1-800-695 9090 |
| **Cash Advance at ATMs Inquiries** | 1-800-CASH-NOW | **In NY:** 1-800-522-1897 |

**Website:** americanexpress.com
**Mobile Site:** amexmobile.com

**Customer Care**
**& Billing Inquiries**          **Payments**
P.O. BOX 981535              P.O. BOX 650448
EL PASO, TX                    DALLAS TX
79998-1535                    75265-0448

**Change of Address**
If correct on front, do not use.

• To change your address online, visit www.americanexpress.com/updatecontactinfo
• For Name, Company Name, and Foreign Address or Phone changes, please call Customer Care.
• Please print clearly in blue or black ink only in the boxes provided.

Street Address

City, State

Zip Code

Area Code and
Home Phone

Area Code and
Work Phone

Email

**Pay Your Bill with AutoPay**

• Avoid late fees
• Save time

Deduct your payment from your bank account automatically each month

Visit **americanexpress.com/autopay** today to enroll.

For information on how we protect your privacy and to set your communication and privacy choices, please visit **www.americanexpress.com/privacy.**

**Platinum Delta SkyMiles® Business Credit Card**    ▲ **DELTA**    p. 3/7

BURNETT'S NORTH LLC
JOEY D  KIMBROUGH
Closing Date 07/02/14

Account Ending 4-41007

## Payments and Credits

### Summary

| | Total |
|---|---|
| Payments | -$3,943.22 |
| Credits | $0.00 |
| **Total Payments and Credits** | **-$3,943.22** |

| **Detail** | *Indicates posting date | |
|---|---|---|
| **Payments** | | **Amount** |
| 06/05/14* | ONLINE PAYMENT - THANK YOU | -$195.00 |
| 06/16/14* | ONLINE PAYMENT - THANK YOU | -$3,748.22 |

## New Charges

### Summary

| | Total |
|---|---|
| **Total New Charges** | **$7,070.51** |

### Detail

**JOEY D  KIMBROUGH**
Card Ending 4-41007

| | | Amount |
|---|---|---|
| 06/02/14 | CARQUEST 9180    KOKOMO    IN<br>765-457-7296<br>Description<br>AUTO PARTS/ACCESSOR | $1,598.71 |
| 06/03/14 | 3146, MENARDS - KOKOKOKOMO    IN<br>MENARDS GUEST SERVICES -<br>Quantity        Description        Price | $22.40 |
| 06/06/14 | MARATHON PETROLEUM CKOKOMO    IN<br>GAS STATION | $24.00 |
| 06/06/14 | MARATHON PETROLEUM CKOKOMO    IN<br>GAS STATION | $24.02 |
| 06/07/14 | LOWE'S OF KOKOMO, INKOKOMO    IN<br>765-453-1000 | $306.27 |
| 06/09/14 | PAYPAL                CA<br>402 935-7733<br>Description<br>PROFESSIONAL SERVIC | $13.49 |
| 06/09/14 | CARQUEST 9180    KOKOMO    IN<br>765-457-7296<br>Description<br>AUTO PARTS/ACCESSOR | $1,486.37 |
| 06/09/14 | OREILLY AUTO 019976KOKOMO    IN<br>800-2886661 | $250.51 |

Continued on reverse

JOEY D  KIMBROUGH                                Account Ending 4-41007                                        p. 4/7

## Detail Continued

| | | | Amount |
|---|---|---|---|
| 06/09/14 | PAYPAL ███████████         CA<br>402 935-7733<br>Description<br>PROFESSIONAL SERVIC | | $22.45 |
| 06/16/14 | LOWE'S OF KOKOMO, INKOKOMO         IN<br>765-453-1000 | | $242.26 |
| 06/16/14 | AUTOZONE 3551      KOKOMO      IN<br>Customer.Service@autozone | | $221.08 |
| 06/16/14 | OREILLY AUTO  019976KOKOMO         IN<br>800-2886661 | | $326.71 |
| 06/16/14 | CARQUEST 9180      KOKOMO      IN<br>765-457-7296<br>Description<br>AUTO PARTS/ACCESSOR | | $528.53 |
| 06/22/14 | AMAZON MKTPLACE PMTSAMZN.COM/BILL     WA<br>BOOK STORES | | $50.94 |
| 06/23/14 | NAPA OF KOKOMO 54292KOKOMO         IN<br>7654593185<br>Description          Price<br>████████████   █████ | | $68.96 |
| 06/23/14 | OREILLY AUTO  019976KOKOMO         IN<br>800-2886661 | | $227.63 |
| 06/23/14 | CARQUEST 9180      KOKOMO      IN<br>765-457-7296<br>Description<br>AUTO PARTS/ACCESSOR | | $218.42 |
| 06/24/14 | AUTOZONE 3551      KOKOMO      IN<br>Customer.Service@autozone | | $36.19 |
| 06/25/14 | SPEEDWAY 01213 US 54KOKOMO         IN<br>7654530677<br>Description          Price<br>████████████   █████ | | $100.00 |
| 06/27/14 | VISTAPR*VISTAPRINT.C866 893 6743     CA<br>866-614 8002 | | $524.99 |
| 06/30/14 | NAPA OF KOKOMO 54292KOKOMO         IN<br>7654593185<br>Description          Price<br>████████████   █████ | | $73.53 |
| 06/30/14 | AUTOZONE 3551      KOKOMO      IN<br>Customer.Service@autozone | | $18.13 |
| 06/30/14 | BUTTON DODGE BUTTON KOKOMO         IN<br>765-457-1189 | | $18.08 |
| 06/30/14 | OREILLY AUTO  019976KOKOMO         IN<br>800-2886661 | | $473.32 |
| 06/30/14 | CARQUEST 9180      KOKOMO      IN<br>765-457-7296<br>Description<br>AUTO PARTS/ACCESSOR | | $193.52 |

Continued on next page

**Platinum Delta SkyMiles® Business Credit Card**    ▲ **D E L T A**    p. 5/7
BURNETT'S NORTH LLC
JOEY D  KIMBROUGH
Closing Date 07/02/14                                         Account Ending 4-41007

## Fees

| | Amount |
|---|---|
| **Total Fees for this Period** | **$0.00** |

## Interest Charged

| | Amount |
|---|---|
| **Total Interest Charged for this Period** | **$0.00** |

## 2014 Fees and Interest Totals Year-to-Date

| | Amount |
|---|---|
| Total Fees in 2014 | $195.00 |
| Total Interest in 2014 | $0.00 |

## Interest Charge Calculation

Your Annual Percentage Rate (APR) is the annual interest rate on your account.

| | Annual Percentage Rate | Balance Subject to Interest Rate | Interest Charge |
|---|---|---|---|
| Purchases | 15.24% (v) | $0.00 | $0.00 |
| Cash Advances | 21.24% (v) | $0.00 | $0.00 |
| **Total** | | | **$0.00** |

(v) Variable Rate

## Delta SkyMiles® Earned

▲ **D E L T A**

SkyMiles® Account Number: ▮▮▮▮▮▮▮▮

| | Current Period | Year to Date |
|---|---|---|
| **Total Miles Earned** | ▮▮▮ | ▮▮▮ |

Remember, you can earn a Miles Boost℠ of 10,000 Medallion® Qualification Miles by reaching $25,000 in eligible purchases by December 31st. Your Year to Date spend on your Platinum Delta SkyMiles® account is $8,577.00. Terms and Conditions apply.  For details, please visit
**americanexpress.com/deltaplatinum.**

Account Ending 4-41007

## OPEN Savings® Summary

BURNETT'S NORTH LLC
JOEY D KIMBROUGH

Closing Date 07/02/14

p. 7/7

Account Ending 4-41007

| Discounts | |
|---|---|
| This Period | $0.00 |
| Year to Date | $0.00 |

Remember, you can get up to 10% discounts on eligible purchases with OPEN Savings® partners.
Visit **opensavings.com** to learn more.

Discounts will be applied in the form of a statement credit. For full terms and conditions go to **opensavings.com**.

---

### Save up to 10% on eligible purchases with these OPEN Savings partners.
### Visit opensavings.com for details.

   

  

  

Discounts will be credited to your statement. Merchant participation and offers are subject to change without notice. Maximum annual savings caps and exclusions may apply.  See individual OPEN Savings partner terms and conditions located at **opensavings.com**.

---

**Offers are made only to Cardmembers who meet certain qualifying criteria. By responding you will be disclosing to the merchant that you meet these criteria.**