STATE OF INDIANA )
) ss.
COUNTY OF HOWARD )

OFFICIAL CERTIFIED COPY
TRUE AND COMPLETE
5-31-2023

DocId:8121368
Tx:4073757
2334007487
TORIE KELLEY
HOWARD COUNTY IN RECORDER
RECORDED AS PRESENTED
05/31/2023 10:21:56 AM
REC FEE: 25.00 PGS: 3
TRANS# 4073757

FILED
08/16/2023
U.S. DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
Roger A.G. Sharpe, Clerk

## Affidavit of Status of Joey Douglas Kimbrough

COMES NOW, Joey Douglas Kimbrough, your Affiant, being competent to testify and being over the age of 21 years of age, after first being duly sworn according to law to tell the truth to the facts related herein states that he has firsthand knowledge of the facts stated herein and believes these facts to be true to the best of his knowledge.

1. That your Affiant is one of the People of these United States of America, being a creation of God and born/domiciled in one of the several States.

2. Your Affiant is a living, breathing, sentient being on the land, a Natural Person and therefore is not and cannot be any ARTIFICIAL PERSON and, therefore, is exempt from any and all identifications, treatments, and requirements as such pursuant to any process, law, code, or statute or any color thereof.

3. Your Affiant notices that in these United States of America, the authority of any and all governments reside in the People of the land, for government is a fiction of the mind and can only be created by the People, and overseen by the People for the benefit of the People.

4. Your Affiant at all times claims all and waives none of his God given secured and guaranteed Rights pursuant to the Declaration of Independence and the Constitution of the United States of America as ratified in 1791 with the Articles of the Amendments.

5. Your Affiant notices that pursuant to the Constitution of the United States of America as ratified in 1791 with the Articles of the Amendments, Article VI, paragraph 2, "This Constitution and the Laws of the United States which shall be made in Pursuance thereof; and all Treaties made, under the authority of the United States, shall be the

Supreme Law of the Land; and the Judges in every State shall be bound thereby, any Thing in the Constitution or Laws of any State to the Contrary notwithstanding".

6. Your Affiant notices, that as a matter of their lawful compliance to the referenced Constitution, any of the People, while functioning in any Public capacity, in return for the trust of the People, are granted limited delegated authority of and by the People, with specific duties delineated in accordance thereof, shall only do so pursuant to a lawfully designated, sworn and subscribed Oath of Office and any and all bonds required thereof.

7. Your Affiant notices that the only court authorized by the referenced Constitution to hear matters of the People is a court that conforms to and functions in accordance with Article III Section 2 of the referenced Constitution in which all officers of the court abide by their sworn and subscribed oaths of office and support and defend the Rights of the People, and are heard only Trial by Jury and in accordance with all aspects of due process of law.

8. Your Affiant notices that pursuant to this Supreme Law of the Land and the God given Rights secured and guaranteed therein, this Constitution is established to ensure that the dominion granted by God to all People, on this land, shall endure and ensure forever that this People on this land be free from any and all slavery, indenturement, tyranny, and oppression under color of any law, statute, code, policy, procedure, or any other type.

9. Your Affiant further notices that pursuant to this Constitution, Affiant cannot be compelled, manipulated, extorted, tricked, threatened, placed under duress, or coerced, or so effected under color of law by any Natural Person, who individually, or in any

capacity as or under any Artificial Person, agency, entity, officer, or party, into the waiving of any of Affiant's Rights or to act in contradiction thereof, or to act in opposite of the moral conscience and dominion granted Affiant by God, nor can Affiant be deprived of any of these Rights, privileges, and immunities except by lawful process in accordance with the Law, without that Natural and/or Artificial Person, in whatever capacity, in so doing, causing injury to your Affiant and thereby committing numerous crimes, requiring lawful punishment therefrom.

10. Further, Affiant sayeth naught.

All Rights Reserved.

*[Signature]*
Joey Douglas Kimbrough, Affiant

"AFFIRM, UNDER THE PENALTIES FOR PERJURY, THAT I HAVE TAKEN REASONABLE CARE TO REDACT EACH SOCIAL SECURITY NUMBER IN THIS DOCUMENT, UNLESS REQUIRED BY LAW."

v/s: *Joey Douglas Kimbrough*
Prepared by *Joey Douglas Kimbrough*

**INDIVIDUAL ACKNOWLEDGMENT**

STATE OF INDIANA
COUNTY OF HOWARD } SS.

I certify that I know or have satisfactory evidence that Joey Douglas Kimbrough is/are the individual(s) who appeared before me, and who acknowledged that he/she/they signed this instrument and acknowledged it to be his/her/their free and voluntary act for the uses and purposes mentioned in the instrument.

Dated 5-31-23

STATE OF INDIANA

COUNTY OF: Howard

*[Signature: Whitney A Wright]*
NOTARY PUBLIC SIGNATURE

ON THIS 31 DAY OF MAY, 2023, THIS RECORD WAS SIGNED BEFORE ME BY JOEY DOUGLAS KIMBROUGH.

COMMISSIONED IN
Howard COUNTY

WHITNEY A. WRIGHT
Notary Public, State of Indiana
SEAL
Commission Number NP0723707
My Commission Expires NOV 21, 2027