UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT of INDIANA
Indianapolis Division

**FILED**
**08/16/2023**
U.S. DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
Roger A.G. Sharpe, Clerk

JOEY KIMBROUGH,

    Plaintiff,

v.

AMERICAN EXPRESS COMPANY AKA AMERICAN EXPRESS NATIONAL BANK;

and

TRANS UNION LLC (*settled and dismissed*)

    Defendants.

Case No. 1:22-cv-1993-TWP-MJD

Honorable Tanya Walton Pratt
Magistrate Judge Mark J. Dinsmore

## NOTICE OF STATUS OF JOEY DOUGLAS KIMBROUGH

To Whom It May Concern,

    This notice serves to officially inform and clarify the status of Joey Douglas Kimbrough ("Joey Kimbrough").

    **PLEASE TAKE NOTICE:**

1. **Reference to Recorded Document**: The "Affidavit of Status of Joey Douglas Kimbrough" is a legally recorded document, registered on May 31st, 2023, by the Howard County IN Recorder under instrument number 2334007487. This affidavit

serves as an authoritative and foundational document for the status and rights of the Affiant (*see attached* **EXHIBIT**).

2. **Identity and Status**: Joey Douglas Kimbrough, hereinafter referred to as "the Affiant", is a living, breathing, sentient being, domiciled on the land. The Affiant identifies as a Natural Person, created by God and born in one of the several States of the United States of America.

3. **Distinction from Artificial Person**: The Affiant is not, and cannot be identified or treated as, an ARTIFICIAL PERSON. He is distinct from any fictional entity or corporate identity. As such, he is exempt from any and all identifications, treatments, and requirements that may be applicable to artificial entities, pursuant to any process, law, code, statute, or semblance thereof.

4. **7th Amendment Rights**: The Affiant firmly believes in his Seventh Amendment right to be heard by a jury of his peers in all legal matters. This right ensures that any disputes or grievances that may arise, which involve the Affiant, be settled through a fair trial by a jury.

5. **Rights to Fair Contracts**: The Affiant believes that he shall not be deprived of any of his God-given rights, including entering into unconscionable contracts or

agreements. Any contract or agreement deemed unconscionable or against his natural rights will be considered null and void in his view.

6. **Obligations of Judicial Officers**: The Affiant believes and trusts that all Judicial Officers presiding in and over any cause of action involving him have sworn an oath and are duty-bound to uphold the United States Constitutional rights of the Affiant. Any deviations or breaches from this duty will be viewed with utmost seriousness.

7. **Purpose and Role of the Article III Court**: It is the Affiant's considered belief, one that is shared by many esteemed colleagues in the legal profession, that the Article III courts were meticulously designed and instituted to safeguard the inherent rights of Federal Citizens. The framers of our Constitution, in their profound wisdom, envisioned a judicial bastion that stands as a bulwark against the overreaches of large corporate interests. In this light, the Affiant earnestly trusts that this court, in adhering to its Article III mandate, will remain steadfast in upholding the sanctity of individual rights against any encroachments.

8. **Jurisdiction and Rights**: The Affiant reserves all of his unalienable rights and is not subject to jurisdictions, codes, or statutes that do not recognize or infringe upon these rights. Any attempts to infringe upon the Affiant's rights, based on a

misinterpretation or misunderstanding of his status, will be deemed unlawful and may lead to legal consequences.

9. **Purpose of Notice**: This notice is to provide clarity and prevent any misinterpretations or misrepresentations of the Affiant's status. It serves as a formal record and can be referenced in future interactions, legal or otherwise, to assert and protect the rights and status of Joey Douglas Kimbrough.

Respectfully Submitted,

/s/ Joey Kimbrough
Joey Kimbrough, Plaintiff, Pro Se
1712 Candy Court South
Kokomo, IN 46902
(765) 437-8451
joeykokomo2002@yahoo.com

## Certificate of Service

I hereby certify that on August 16th, 2023, I electronically filed the foregoing with the Clerk of the Court by email with attachments as is required by the Court. Service was made on counsel by email:

**Distribution:**
All ECF-registered counsel of record via email

Joey Kimbrough
1712 Candy Court South
Kokomo, IN 46902

Respectfully Submitted,
/s/ Joey Kimbrough