**EXHIBIT A**



Mr. Kimbrough, I believe this relates to an American Express matter and I am not counsel to American Express. You will need to contact Stroock & Stroock & Lavan LLP.

**Brian C. Frontino**
Morgan, Lewis & Bockius LLP
600 Brickell Avenue, Suite 1600 | Miami, FL 33131-3075
Direct: +1.305.415.3313 | Mobile: +1.310.402.4394 | Fax: +1.305.415.3001
brian.frontino@morganlewis.com | www.morganlewis.com

**FILED**

**08/18/2023**

**U.S. DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
Roger A.G. Sharpe, Clerk