UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT of INDIANA
Indianapolis Division

**FILED**
**08/18/2023**
U.S. DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
Roger A.G. Sharpe, Clerk

JOEY KIMBROUGH,

    Plaintiff,

v.

AMERICAN EXPRESS COMPANY AKA AMERICAN EXPRESS NATIONAL BANK;

and

TRANS UNION LLC (*settled and dismissed*)

    Defendants.

**Case No**. 1:22-cv-1993-TWP-MJD

Honorable Tanya Walton Pratt
Magistrate Judge Mark J. Dinsmore

## NOTICE TO THE CLERK OF THIS HONORABLE COURT REGARDING CORRECTION OF FILING – ECF NO. 36

Dear Clerk of the Court,

    I am writing to bring to your attention an inadvertent filing error that occurred in the case outlined above, docketed under ECF. NO. 36, in which I am the Plaintiff. I kindly request your assistance in rectifying this matter.

    On the morning of August 18, 2023, I accessed the docket for the aforementioned case via my PACER account. While reviewing the associated filings, I observed an issue with the filing labeled as "MEMORANDUM OF LAW IN

SUPPORT OF PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO COMPEL ARBITRATION," filed under ECF No. 36.

Upon closer inspection, it became apparent that this memorandum was mistakenly submitted as a "partial" filing, thereby not accurately reflecting the complete document. To address this oversight and ensure the court record is accurate, I have attached the true and accurate copy of the Memorandum to this Notice.

In accordance with your guidelines and procedures, I kindly request that the corrected and complete version of the Memorandum be properly filed under ECF No. 36. This will not only provide an accurate record of the submission but also help prevent any confusion or misinterpretation that may arise from an incomplete filing.

I appreciate your attention to this matter and your assistance in ensuring the accuracy and completeness of the court record. If you require any further information or clarification from me, please do not hesitate to contact me at the email or phone listed under my signature line.

Thank you for your prompt attention to this matter.

Respectfully Submitted,

/s/ *Joey Kimbrough*
Joey Kimbrough, Plaintiff, Pro Se
1712 Candy Court South
Kokomo, IN 46902
(765) 437-8451
joeykokomo2002@yahoo.com

## Certificate of Service

      I hereby certify that on August 18th, 2023, I electronically filed the foregoing with the Clerk of the Court by email with attachments as is required by the Court. Service was made on counsel by email:

**Distribution:**
All ECF-registered counsel of record via email

JOEY KIMBROUGH
1712 Candy Court South
Kokomo, IN 46902

      Respectfully Submitted,
      /s/ Joey Kimbrough