# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF INDIANA
# INDIANAPOLIS DIVISION

| | |
|---|---|
| JOEY KIMBROUGH,<br><br>      Plaintiff,<br><br>v.<br><br>AMERICAN EXPRESS COMPANY AKA AMERICAN EXPRESS NATIONAL BANK<br><br>and<br><br>TRANS UNION LLC<br><br>      Defendants. | Case No. 1:22-cv-01993-TWP-MJD<br><br>**NOTICE OF CORRECTED CERTIFICATE OF SERVICE** |

On October 13, 2023, Defendant American Express National Bank ("American Express") filed an Omnibus Response in Opposition to Plaintiff's Objections and Motions for Reconsideration [ECF No. 64]. Due to a mistake by undersigned counsel, a copy of the filing was not sent by email to Plaintiff.

Accordingly, American Express serves this Notice to correct the record and certify that a copy of the Omnibus Response [ECF No. 64] has now been served on Plaintiff by email on October 16, 2023.

Dated: October 16, 2023.

Respectfully submitted,

By: /s/ *Adam R. Hoock*
Stephen J. Newman
California Bar No. 181570
snewman@Steptoe.com
Adam R. Hoock
Florida Bar No. 118264
California Bar No. 340811
ahoock@Steptoe.com

**STEPTOE & JOHNSON LLP**
2029 Century Park East, 18th Floor
Los Angeles, CA 90067
Telephone: +1 213 439 9400
Fax: +1 213 439 9599
docketing@steptoe.com

Attorneys for Defendant *American Express National Bank*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on October 16, 2023, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system and certify that a true and correct copy of the foregoing was provided to all parties and counsel of record.

/s/ *Adam R. Hoock*
Attorney