**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

| | |
|---|---|
| JOEY KIMBROUGH, | Case No. 1:22-cv-01993-TWP-MJD |
| Plaintiff, | |
| v. | **DEFENDANT AMERICAN EXPRESS NATIONAL BANK'S RESPONSE IN OPPOSITION TO PLAINTIFF'S MOTION TO STRIKE** |
| AMERICAN EXPRESS COMPANY AKA AMERICAN EXPRESS NATIONAL BANK | |
| and | |
| TRANS UNION LLC | |
| Defendants. | |

Defendant American Express National Bank ("American Express") files this Response in Opposition to Plaintiff's Motion to Strike (the "Motion") [ECF No. 66] and in support thereof states as follows:

1. In the Motion, Plaintiff Joey Kimbrough ("Kimbrough") seeks for American Express "to provide proof of service for docket entry 64." Mot. at 3.

2. As stated in American Express's Notice of Corrected Certificate of Service [ECF No. 65], due to a mistake by undersigned counsel, a copy of docket entry 64 was not sent by email to Kimbrough on Friday, October 13, 2023.

3. American Express corrected the mistake and served docket entry 64 by email to Kimbrough on Monday, October 16, 2023.

4. The record is clear that Kimbrough was not prejudiced by this mistake in service of the court document, as Kimbrough filed both his Motion to Strike and his Omnibus Reply [ECF No. 67] on Monday, October 16, 2023, which was the next business day after American Express

filed docket entry 64 on Friday, October 13, 2023. Kimbrough clearly had notice of docket entry 64 even before American Express filed the Notice of Corrected Certificate of Service.

Accordingly, American Express respectfully requests the Court deny Plaintiff's Motion to Strike.

Dated: October 30, 2023.   Respectfully submitted,

By:   /s/ *Adam R. Hoock*
Stephen J. Newman
California Bar No. 181570
snewman@Steptoe.com
Adam R. Hoock
Florida Bar No. 118264
California Bar No. 340811
ahoock@Steptoe.com
**STEPTOE & JOHNSON LLP**
2029 Century Park East, 18th Floor
Los Angeles, CA 90067
Telephone: +1 213 439 9400
Fax: +1 213 439 9599
docketing@steptoe.com

Attorneys for Defendant *American Express National Bank*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on October 30, 2023, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system and certify that a true and correct copy of the foregoing was provided to all parties and counsel of record.

*/s/ Adam R. Hoock*
Adam R. Hoock