# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF INDIANA
# INDIANAPOLIS DIVISION

| | |
|---|---|
| JOEY KIMBROUGH, | Case No. 1:22-cv-01993-TWP-MJD |
| Plaintiff, | **NOTICE OF CORRECTED CERTIFICATE OF SERVICE** |
| v. | |
| AMERICAN EXPRESS COMPANY AKA AMERICAN EXPRESS NATIONAL BANK | |
| and | |
| TRANS UNION LLC | |
| Defendants. | |

On October 30, 2023, Defendant American Express National Bank ("American Express") filed a Response in Opposition to Plaintiff's Motion to Strike [ECF No. 68]. Due to a mistake by undersigned counsel, a copy of the filing was not sent by email to Plaintiff.

Accordingly, American Express serves this Notice to correct the record and certify that a copy of the Response in Opposition to Plaintiff's Motion to Strike [ECF No. 68] has now been served on Plaintiff by email on November 2, 2023.

Dated: November 2, 2023.

Respectfully submitted,

By: /s/ *Adam R. Hoock*
Stephen J. Newman
California Bar No. 181570
snewman@Steptoe.com
Adam R. Hoock
Florida Bar No. 118264
California Bar No. 340811
ahoock@Steptoe.com

**STEPTOE & JOHNSON LLP**
2029 Century Park East, 18th Floor
Los Angeles, CA 90067
Telephone: +1 213 439 9400
Fax: +1 213 439 9599
docketing@steptoe.com

Attorneys for Defendant *American Express National Bank*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on November 2, 2023, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system and certify that a true and correct copy of the foregoing was provided to all parties and counsel of record, including: joeykokomo2002@yahoo.com .

*/s/ Adam R. Hoock*
Attorney