UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| JOEY KIMBROUGH,<br><br>    Plaintiff,<br><br>  v.<br><br>AMERICAN EXPRESS COMPANY AKA AMERICAN EXPRESS NATIONAL BANK<br><br>and<br><br>TRANS UNION LLC<br><br>    Defendants. | Case No. 1:22-cv-01993-TWP-MJD<br><br>**NOTICE OF CHANGE OF FIRM NAME** |

YOU ARE HEREBY GIVEN NOTICE that with respect to the above-captioned matter, effective December 6, 2023, the firm name of **Steptoe & Johnson LLP** was changed to:

## Steptoe LLP

The address and telephone number will remain the same. Please update your records accordingly.

Dated:  January 5, 2024                    Respectfully submitted,

                    By:    /s/  *Adam R. Hoock*
                            Stephen J. Newman
                            California Bar No. 181570
                            snewman@Steptoe.com
                            Adam R. Hoock
                            Florida Bar No. 118264
                            California Bar No. 340811
                            ahoock@Steptoe.com

                            **STEPTOE LLP**
                            2029 Century Park East, 18th Floor
                            Los Angeles, CA 90067
                            Telephone: +1 213 439 9400
                            Fax: +1 213 439 9599
                            docketing@steptoe.com

                            Attorneys for Defendant *American Express National Bank*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on January 5, 2024, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system and certify that a true and correct copy of the foregoing was provided to all parties and counsel of record, including: joeykokomo2002@yahoo.com .

                                                        */s/ Adam R. Hoock*
                                                        Attorney