# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF INDIANA
# INDIANAPOLIS DIVISION

| | |
|---|---|
| JOEY KIMBROUGH,<br><br>      Plaintiff,<br><br>v.<br><br>AMERICAN EXPRESS COMPANY AKA AMERICAN EXPRESS NATIONAL BANK<br><br>and<br><br>TRANS UNION LLC<br><br>      Defendants. | Case No. 1:22-cv-01993-TWP-MJD<br><br>**NOTICE OF STATUS OF ARBITRATION PROCEEDINGS**<br><br>The Notice is Acknowledged.<br><br>TWP<br>1/9/2024 |

Pursuant to the Court's Order on Motion to Compel Arbitration [ECF No. 49] and the Court's Order Staying Proceedings Pending Arbitration and Dismissing Pending Motion Without Prejudice [ECF No. 50] (together, the "Orders"), Defendant American Express National Bank ("American Express") states the following:

1.  Pursuant to the Court's Orders [ECF Nos. 49 & 50], American Express must file a "Notice setting forth the status of the arbitration proceedings on or before Friday, January 5, 2024, and every thirty (30) days thereafter."

2.  On December 22, 2023, the United States Court of Appeals for the Seventh Circuit dismissed Plaintiff's appeal, No. 23-2911. *See* Order, attached hereto as Exhibit 1.

3.  On December 22, 2023, the United States Court of Appeals for the Seventh Circuit dismissed Plaintiff's appeal, No. 23-2912. *See* Order, attached hereto as Exhibit 2.

4.  To date, American Express has not received notice that Plaintiff has commenced arbitration proceedings.

5.  American Express will file another Notice setting forth the status of the arbitration