# United States Court of Appeals

For the Seventh Circuit
Chicago, Illinois 60604

CERTIFIED COPY

December 22, 2023

*Before:*

**Thomas L. Kirsch II**, *Circuit Judge*
**John Z. Lee**, *Circuit Judge*
**Doris L. Pryor**, *Circuit Judge*

| | |
|---|---|
| No. 23-2911 | |
| JOEY D. KIMBROUGH,<br>*Plaintiff - Appellant,*<br><br>v.<br><br>AMERICAN EXPRESS COMPANY, also known as AMERICAN EXPRESS NATIONAL BANK,<br>*Defendant - Appellee.* | Appeal from the United States District Court for the Southern District of Indiana, Indianapolis Division.<br><br>No. 1:22-cv-01993-TWP-MJD<br><br>Mark J. Dinsmore,<br>*Magistrate Judge.* |

**O R D E R**

On consideration of the papers filed in this appeal and review of the short record,

IT IS ORDERED that this appeal is DISMISSED for lack of jurisdiction.

Generally, an appeal may not be taken in a civil case until a final judgment disposing of all claims against all parties is entered on the district court's civil docket pursuant to Fed. R. Civ. P. 58. *See Alonzi v. Budget Construction Co.*, 55 F.3d 331, 333 (7th Cir. 1995); *Cleaver v. Elias*, 852 F.2d 266 (7th Cir. 1988).

In this appeal, Joey D. Kimbrough seeks to challenge an order that denied plaintiff-appellant Kimbrough's motion for sanctions (Dkt. 28) and motion for a continuance (Dkt. 47). As noted in the court order issued in Appeal No. 23-2912, this case is not an end; it has been stayed pending the completion of arbitration. An appeal is prohibited in such a case. *See Moglia v. Pacific Employers Ins. Co. of North America*, 547 F.3d 835, 837 (7th Cir. 2008).

Moreover, this court cannot review the ruling of a magistrate judge absent consent of all the parties. *Jaquez v. United States*, 36 F.4th 725 (7th Cir. 2022). Such consent is absent from this case.

# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen
United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

## NOTICE OF ISSUANCE OF MANDATE

January 17, 2024

To:  Roger A. G. Sharpe
     UNITED STATES DISTRICT COURT
     Southern District of Indiana
     United States Courthouse
     Indianapolis, IN 46204-0000

| | |
|---|---|
| No. 23-2911 | JOEY D. KIMBROUGH,<br>    Plaintiff - Appellant<br><br>v.<br><br>AMERICAN EXPRESS COMPANY, also known as AMERICAN EXPRESS NATIONAL BANK,<br>    Defendant - Appellee |
| **Originating Case Information:** ||
| District Court No: 1:22-cv-01993-TWP-MJD<br>Southern District of Indiana, Indianapolis Division<br>Magistrate Judge Mark J. Dinsmore ||

Herewith is the mandate of this court in this appeal, along with the Bill of Costs, if any. A certified copy of the opinion/order of the court and judgment, if any, and any direction as to costs shall constitute the mandate.

RECORD ON APPEAL STATUS:                              No record to be returned

form name: **c7_Mandate**    (form ID: **135**)