# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF INDIANA
# INDIANAPOLIS DIVISION

JOEY KIMBROUGH,

    Plaintiff,

v.

AMERICAN EXPRESS COMPANY AKA
AMERICAN EXPRESS NATIONAL BANK

and

TRANS UNION LLC

    Defendants.

Case No. 1:22-cv-01993-TWP-MJD

**NOTICE OF STATUS OF ARBITRATION PROCEEDINGS**

Pursuant to the Court's Order on Motion to Compel Arbitration [ECF No. 49] and the Court's Order Staying Proceedings Pending Arbitration and Dismissing Pending Motion Without Prejudice [ECF No. 50] (together, the "Orders"), Defendant American Express National Bank ("American Express") states the following:

1. Pursuant to the Court's Orders [ECF Nos. 49 & 50], American Express must file a "Notice setting forth the status of the arbitration proceedings on or before Friday, January 5, 2024, and every thirty (30) days thereafter."

2. On January 5, 2024, American Express filed a Notice of Status of Arbitration Proceedings. [ECF No. 78.]

3. On January 17, 2024, the United States Court of Appeals for the Seventh Circuit issued its mandate on the dismissal of Plaintiff's appeal, No. 23-2911, and its mandate on the dismissal of Plaintiff's appeal, No. 23-2912. [ECF Nos. 82 & 83.]

4. On February 5, 2024, American Express filed a Notice of Status of Arbitration Proceedings. [ECF No. 84.]

5. To date, American Express has not received notice that Plaintiff has commenced arbitration proceedings.

6. American Express will file another Notice setting forth the status of the arbitration proceedings in thirty (30) days pursuant to the Court's Orders [ECF Nos. 49 & 50].

Dated: March 6, 2024.                                     Respectfully submitted,

                                                   By:   /s/ *Adam R. Hoock*
Stephen J. Newman
California Bar No. 181570
snewman@Steptoe.com
Adam R. Hoock
Florida Bar No. 118264
California Bar No. 340811
ahoock@Steptoe.com

**STEPTOE LLP**
2029 Century Park East, 18th Floor
Los Angeles, CA 90067
Telephone: +1 213 439 9400
Fax: +1 213 439 9599
docketing@steptoe.com

Attorneys for Defendant *American Express National Bank*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on March 6, 2024, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system and certify that a true and correct copy of the foregoing was provided to all parties and counsel of record, including: joeykokomo2002@yahoo.com .

                                                      */s/ Adam R. Hoock*
Attorney