UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| JOEY KIMBROUGH, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>AMERICAN EXPRESS COMPANY, aka )<br>AMERICAN EXPRESS NATIONAL BANK, )<br>)<br>Defendant. ) | No. 1:22-cv-01993-TWP-MJD |

**SCHEDULING ORDER**
**HON. MAGISTRATE JUDGE MARK J. DINSMORE**

This matter is scheduled for an in-person status conference on **Thursday, May 30, 2024, at 10:30 a.m. (Eastern)** in Courtroom 270, United States Courthouse, 46 East Ohio Street, Indianapolis, Indiana, before United States Magistrate Judge Mark J. Dinsmore, to discuss Plaintiff's perceived failure to comply with the Court's order compelling arbitration proceedings. **Plaintiff Joey Kimbrough and counsel for Defendant shall appear in person for the conference**.

SO ORDERED.

Dated: 8 MAY 2024

_____
Mark J. Dinsmore
United States Magistrate Judge
Southern District of Indiana

Distribution:

Service will be made electronically
on all ECF-registered counsel of record
via email generated by the Court's ECF system.

Joey Kimbrough
1712 Candy Court South
Kokomo, IN 46902