AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

Southern District of Indiana

| | | |
|---|---|---|
| JOEY KIMBROUGH | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 1:22-cv-01993-TWP-MJD |
| AMERICAN EXPRESS COMPANY et al | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendant American Express National Bank.

Date: 05/10/2024

/s/ Elise K. Haverman
*Attorney's signature*

Elise K. Haverman - D.C. Bar No. 1600294
*Printed name and bar number*

Steptoe LLP
1330 Connecticut Ave, NW
Washington, DC 20036
*Address*

ehaverman@Steptoe.com
*E-mail address*

(202) 429-3000
*Telephone number*

(202) 429-3902
*FAX number*