UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

JOEY KIMBROUGH,

    Plaintiff,

v.

AMERICAN EXPRESS COMPANY AKA AMERICAN EXPRESS NATIONAL BANK

and

TRANS UNION LLC

    Defendants.

Case No. 1:22-cv-01993-TWP-MJD

**AMERICAN EXPRESS NATIONAL BANK RESPONSE IN OPPOSITION TO PLAINTIFF JOEY KIMBROUGH'S NOTICE OF UNAUTHORIZED PRACTICE OF LAW AND MOTION TO COMPEL.**

**AMERICAN EXPRESS NATIONL BANK'S RESPONSE IN OPPOSITION TO PLAINTIFF'S NOTICE OF UNAUTHORIZED PRACTICE OF LAW AND MOTION TO COMPEL**

In opposition to Plaintiff Joey Kimbrough's ("Plaintiff") Notice of Unauthorized Practice of Law and Motion to Compel Defendant American Express National Bank ("American Express"), by and through the undersigned counsel, states the following:

1. Counsel Elise Haverman filed her papers pursuant to Local Rule 83-5 to be admitted to the United States District Court for the Southern District of Indiana and paid all applicable fees prior to the notice of appearance filed in this case.

2. As such, Elise Haverman filed the notice of appearance in good faith, but inadvertently did not take the separate telephone oath of attorney. That oath was taken on May 17, 2024.

3. As of today's, date, Elise Haverman has complied with all local rules and requirements. As such, Elise Haverman is admitted and authorize to practice law in this honorable

court. Such admittance is reflected on the United States District Court for the Southern District of Indiana website's roll call of admitted attorneys.

Therefore, American Express respectfully requests that this Court deny Plaintiff's Notice of Unauthorized Practice of Law and Motion to Compel as moot.

Dated:  May 20, 2024.                    Respectfully submitted,

By:   /s/  *Elise K. Haverman*
Stephen J. Newman
California Bar No. 181570
snewman@Steptoe.com
Adam R. Hoock
Florida Bar No. 118264
California Bar No. 340811
ahoock@Steptoe.com

**STEPTOE LLP**
2029 Century Park East, 18th Floor
Los Angeles, CA 90067
Telephone: +1 213 439 9400
Fax: +1 213 439 9599
docketing@steptoe.com

Elise K. Haverman
Florida Bar No. 1003004
**STEPTOE LLP**
1330 Connecticut Ave, NW
Washington, D.C. 20036
Telephone: (202) 429-8102
Facsimile:  (202) 429-3902

Attorneys for Defendant *American Express National Bank*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on May 20, 2024, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system and certify that a true and correct copy of the foregoing was provided to all parties and counsel of record, including: joeykokomo2002@yahoo.com .

>  */s/ Elise K. Haverman*
> Attorney