UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| JOEY KIMBROUGH, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )  No. 1:22-cv-01993-TWP-MJD |
| | ) |
| AMERICAN EXPRESS COMPANY, aka AMERICAN EXPRESS NATIONAL BANK, et al., | ) ) ) |
| | ) |
| Defendants. | ) |

**MINUTE ENTRY FOR MAY 30, 2024
STATUS CONFERENCE
HON. MARK J. DINSMORE, MAGISTRATE JUDGE**

Plaintiff appeared in person and Defendant appeared by counsel for a Status Conference. Plaintiff confirmed that he has not yet initiated an arbitration proceeding, explaining his belief that Defendant, the party that moved to compel arbitration, is obligated to initiate any arbitration proceeding. The Court will clarify the parties' obligations by separate order.

Dated: 30 MAY 2024

_____
Mark J. Dinsmore
United States Magistrate Judge
Southern District of Indiana

Distribution:

Joey Kimbrough
1712 Candy Court South
Kokomo, IN 46902

Service will be made electronically on all
ECF-registered counsel of record via
email generated by the Court's ECF system.