UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| JOEY KIMBROUGH, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 1:22-cv-01993-TWP-MJD |
| | ) | |
| AMERICAN EXPRESS COMPANY, aka | ) | |
| AMERICAN EXPRESS NATIONAL BANK, | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER**

This matter is before the Court on Plaintiff's Notice of Unauthorized Practice of Law and Motion to Compel. [Dkt. 95.] On May 17, 2024, Plaintiff filed the instant motion stating that Defendant's Counsel, Elise K. Haverman, appeared in this case prior to taking her Oath of Attorney to be admitted to the United States District Court for the Southern District of Indiana. [Dkt. 95.] Plaintiff argues that an order compelling Ms. Haverman to provide evidence of her admission to practice before this Court is warranted. *Id.* As of May 17, 2024, Ms. Haverman has complied with all local rules and requirements and has been properly admitted and authorized to practice law in the United States District Court for the Southern District of Indiana. [Dkt. 96.] Accordingly, this Plaintiff's Notice of Unauthorized Practice of Law and Motion to Compel [Dkt. 95] is **DENIED AS MOOT**.

SO ORDERED.

Dated: 11 JUN 2024

Mark J. Dinsmore
United States Magistrate Judge
Southern District of Indiana

| Distribution: |
|---|

All ECF-registered counsel of record via email

Joey Kimbrough
1712 Candy Court South
Kokomo, IN 46902