**joey kimbrough**
Plaintiff's first set of interrogatories, requests for production and admissions
To: Brian C. Frontino

May 11, 2023 at 3:20 PM

Mr. Frontino,

Hope this finds you well!

Please note that I have provided the following link as service of Plaintiff's First Set of Interrogatories and Requests for Production/Admissions:

https://www.dropbox.com/scl/fo/tnrrifrf5rko2rat4qxu9/h?dl=0&rlkey=7fotp4hxtmooztzun7hqclecn

If you should have any questions please do not hesitate to call my cell at 765-437-8451.

Best Regards,
Joey Kimbrough

---

**Frontino, Brian C.**
RE: Plaintiff's first set of interrogatories, requests for production and ad...
To: joey kimbrough

May 11, 2023 at 3:27 PM

Details

Siri Found a Contact
Brian C. Frontino
brian.frontino@morganlewis.com

Add ✕

Mr. Kimbrough, I believe this relates to an American Express matter and I am not counsel to American Express. You will need to contact Stroock & Stroock & Lavan LLP.

**Brian C. Frontino**
**Morgan, Lewis & Bockius LLP**
600 Brickell Avenue, Suite 1600 | Miami, FL 33131-3075
Direct: +1.305.415.3313 | Mobile: +1.310.402.4394 | Fax: +1.305.415.3001
brian.frontino@morganlewis.com | www.morganlewis.com

**From:** joey kimbrough <joeykokomo2002@yahoo.com>
**Sent:** Thursday, May 11, 2023 3:20 PM
**To:** Frontino, Brian C. <brian.frontino@morganlewis.com>
**Subject:** Plaintiff's first set of interrogatories, requests for production and admissions

[EXTERNAL EMAIL]

---

**Joey Kimbrough**
Re: Plaintiff's first set of interrogatories, requests for production and ad...
To: Frontino, Brian C.

May 11, 2023 at 4:30 PM

Details

Understood. I did send it to your "Strook" email and then checked the ecf. It has you listed as counsel of record with the Morgan Lewis email address via appearance. Are you planning to withdrawal your appearance. There are no counsel on record.

Joey

Sent from my iPhone

---

**Frontino, Brian C.**
RE: Plaintiff's first set of interrogatories, requests for production and ad...
To: Joey Kimbrough

May 11, 2023 at 4:32 PM

Details

Siri Found a Contact
Brian C. Frontino
brian.frontino@morganlewis.com

Add ✕

Thank you for letting me know. You should reach out to Stephen Newman, snewman@stroock.com.

**Brian C. Frontino**
**Morgan, Lewis & Bockius LLP**
600 Brickell Avenue, Suite 1600 | Miami, FL 33131-3075
Direct: +1.305.415.3313 | Mobile: +1.310.402.4394 | Fax: +1.305.415.3001
brian.frontino@morganlewis.com | www.morganlewis.com

**From:** Joey Kimbrough <joeykokomo2002@yahoo.com>
**Sent:** Thursday, May 11, 2023 4:30 PM
**To:** Frontino, Brian C. <brian.frontino@morganlewis.com>
**Subject:** Re: Plaintiff's first set of interrogatories, requests for production and admissions

[EXTERNAL EMAIL]

---

**Joey Kimbrough**
Re: Plaintiff's first set of interrogatories, requests for production and ad...
To: Frontino, Brian C.

May 11, 2023 at 4:36 PM

Details

Will do sir. Hope all is well.

Sent from my iPhone