**Joey Kimbrough**                                                                    May 11, 2023 at 4:43 PM
Fwd: Plaintiff's first set of interrogatories, requests for production and a...
To: snewman@stroock.com,  Cc: Brian C. Frontino                                        Details

Mr. Newman,

Hope this finds you well!

I am forwarding this to you at the request of Brian Frontino.

Mr. Frontino was serving as counsel for AMEX in Kimbrough v AMEX Indiana Southern District - Indianapolis.

He is still listed as counsel in the current litigation.  I assume you will be filing in an appearance?

If so, I would be happy to take a call at your convenience to discuss moving forward and/or an amicable resolution for all.

Lastly, if my link to "Plaintiff's First set of Interrogatories, Requests for Production and Admissions" did not come through I would be happy to resend.

Best Regards,
Joey Kimbrough
765-437-8451

Sent from my iPhone

---

Thanks for reaching out.  I believe my colleague David Switzler will be filing an appearance in this matter.  In the meantime, please re-send us the Interrogatories, Requests for Production and Requests for Admissions.  Our firm's information security team makes it challenging for us to access Dropbox, so if you can attach them to an email that would be easiest.  If that doesn't work, let us know and we can have someone on our tech team set up a portal for you to upload them in a way that will complies with our data security rules.

If you have a settlement proposal we will be happy to present it to American Express; please allow us until next week to catch up on the history of this file.

**Stephen J. Newman**
Partner
**STROOCK**
2029 Century Park East, 18th Floor
Los Angeles, CA 90067
D: 310.556.5982

---

Mr. Newman,

Thanks for the fast response!

I tried sending the files originally to Mr. Frontino and the attached docs maxed out the size requirements.

I will resend via an encrypted DropBox link.  If your tech team would like to send through another option that works for you firm I would be happy to comply.

I will work on a settlement demand and send through tomorrow as a separate doc.

Best Regards,
Joey

Sent from my iPhone

---

Lit Support – Could someone please touch base with Mr. Kimbrough and set up a Sharefile for him to upload documents in our case?  Many thanks.

**Stephen J. Newman**
Partner
**STROOCK**
2029 Century Park East, 18th Floor
Los Angeles, CA 90067
D: 310.556.5982

**Johnson, Aleta**
RE: Plaintiff's first set of interrogatories, requests for production and ad...
To: Newman, Stephen J.,    Joey Kimbrough    & 2 more

May 11, 2023 at 7:31 PM

Details

Hi Mr. Kimbrough,

You can upload documents to the following link: https://stroock.sharefile.com/f/f058e375-7ea3-4a8a-84f1-c09656b2dab1

You will be prompted to create your own user name and password.

Let us know if you have any issues.

**Aleta Johnson**
Litigation Support Project Coordinator

180 Maiden Lane, New York, NY 10038
D: 212.806.1201
F: 212.806.6006

amjohnson@stroock.com | www.stroock.com

**joey kimbrough**
Re: Plaintiff's first set of interrogatories, requests for production and admissions
To: Johnson, Aleta,    Cc: Newman, Stephen J.,    All Litigation Support,    David D. Switzler

May 12, 2023 at 8:01 AM

Details

Ms. Johnson,

Thank you for sending through the link to the Stroook share file dashboard.

I set up an account but for the life of me do not see a way that files can be uploaded from my end.

Hoping you can help guide me?

Best Regards,
Joey