

**joey kimbrough**

Re: Plaintiff's first set of interrogatories, requests for production and ad…

To: Newman, Stephen J., Cc: All Litigation Support & 1 more

May 12, 2023 at 10:10 AM

Details

Mr. Switzler/Mr. Newman,

In the interim whilst awaiting support assistance in uploading information to your share-drive I have taken the liberty of uploading all docs to include: Interrogatories/requests for production and admissions, and a Confidential Settlement Demand directed at AMEX to my encrypted Dropbox folder. Mr. Newman and Mr. Switzler should have each received a link to that folder via email. I have included a link below as well:

https://www.dropbox.com/scl/fo/o75k3gcxmymi75sqdtebw/h?dl=0&rlkey=s4xfuqzgt45fihowb531cnyqk

Best Regards,
Joey
765-437-8451