**joey kimbrough**
Kimbrough v AMEX
To: ahoock@stroock.com

June 12, 2023 at 11:03 AM

Mr. Hoock,

First and foremost congratulations on your recent admittance to the United States Southern District of Indiana!

That being said I see you filed an appearance in the case. It has been a bit rough getting anyone to file in and/or respond and I truly am hoping that changes with your appearance.

If you should ever want to discuss the case my cell is always on and readily available (765) 437-8451.

Best Regards,

Joey Kimbrough

---

**Hoock, Adam R**
RE: Kimbrough v AMEX
To: joey kimbrough,  Cc: Newman, Stephen J.,  & 2 more

June 12, 2023 at 11:51 AM

Details

Hello Mr. Kimbrough,

My colleague David Switzler will reach out to you by the number you sent either later today or tomorrow.

Thank you,

**Adam Hoock**
Associate
**STROOCK**
2 S. Biscayne Boulevard, Suite 2300, Miami, FL 33131
D: 305.789.9359
ahoock@stroock.com | vCard | www.stroock.com

---

**Joey Kimbrough**
Re: Kimbrough v AMEX
To: Hoock, Adam R,  Cc: Newman, Stephen J.,  David D. Switzler

June 12, 2023 at 12:06 PM

Details

Confirmation of receipt.

Nice speaking with David today. As stated I am eager to get resolution in this matter amicably for both parties.

Also, as stated if an extension is needed to respond to the pending Summary Judgment, before the court, I would be glad to approve.

Regards,
Joey

Sent from my iPhone