**Joey Kimbrough**
Fwd: Plaintiff's first set of interrogatories, requests for production and admissions
To: David D. Switzler,   Cc: Stephen J. Newman,   Adam R Hoock

June 13, 2023 at 8:08 AM
Details

Mr. Switzler,

As you can see from the previous exchange I believe AMEX had been served with Plaintiff's First Set of Interrogatories, Request for Production of Documents, and Admissions a tick over 30 days ago.

Prior to my filing of a Motion to Compel Discovery, since communication has been "re-established" with yourself, I wanted to give your team the opportunity to answer. Your thoughts?

As always please feel free to call if discussion is needed.

Best Regards,
Joey

Sent from my iPhone

---

**joey kimbrough**
Rogs and associated exhibits
To: David D. Switzler,   Cc: Stephen J. Newman,   Adam R Hoock

June 13, 2023 at 10:47 AM
Details

Mr. Switzler,

Thanks for the call this morning and conversation around my previous service of Interrogatories, requests, admission as sent to AMEX.

Please see attached all docs that we discussed. As always if you should have any questions please do not hesitate to call my cell.

Best Regards,
Joey



- 5-11 ROGS to AMEX.pdf
- 5-11 -Exhibits A-E.pdf
- 5-11 - Exhibits F - M.pdf
- 5-11 - Exhibits N - S.pdf
- 5-11 - Exhibits T - U.pdf
- 5-11 - Discovery docs - B Hickman and Matt …

---

**joey kimbrough**
Re: Rogs and associated exhibits
To: David D. Switzler,   Cc: Stephen J. Newman,   Adam R Hoock

June 13, 2023 at 11:22 AM
Details

Mr. Switzler,

I was unable to attach the docs directly to the email due to size. The iCloud links was the only option that would allow the submission of the docs. As an alternative as was discussed is the dropbox link:

https://www.dropbox.com/scl/fo/o75k3gcxmymi75sqdtebw/h?dl=0&rlkey=s4xfuqzgt45fihowb531cnyqk

Regards,
Joey

---

On Jun 13, 2023, at 11:29 AM, Switzler, David D. <dswitzler@stroock.com> wrote:

As Steve and I mentioned, we cannot readily access dropbox links. And the iCloud links are the same. Are you able to attach the requests themselves as we discussed this morning (you mentioned you had them as word documents, and I see the file size of the interrogatories you linked to is sufficiently small), sans exhibits, so that we might review the requests themselves and work with IT to arrange electronic delivery of the exhibits? Alternatively, would you be able to send them to my and Mr. Hoock's attention to the Miami office (address in my signature block below) in hard copy?

**David Switzler**
Associate
**STROOCK**
2 S. Biscayne Boulevard, Suite 2300, Miami, FL 33131
D: 305.789.9368

dswitzler@stroock.com | vCard | www.stroock.com

---

**Joey Kimbrough**
Re: Rogs and associated exhibits
To: David D. Switzler,   Cc: Newman, Stephen J.,   Hoock, Adam R

June 13, 2023 at 12:34 PM
Details

Yes sir on all points. Let me investigate sending through one file at a time. If we are unable to agree that all docs made it to you then I will absolutely send them all via snail mail.

Regards,
Joey

Sent from my iPhone

**joey kimbrough**
Email #1 - AMEX - Interrogatories, request for production, and admissions
To: David D. Switzler, Cc: Stephen J. Newman, Adam R Hoock

Sent - Yahoo! June 13, 2023 at 1:45 PM
Details

David,

Here are the Interrogatories, requests for production, and admissions sent separately (excluding exhibits). Exhibits will be sent in separate emails. Let's call this email #1.

Regards,
Joey

[PDF] 5-11 ROGS to AMEX.pdf

---

**joey kimbrough**
Email #2 - Exhibits A-E
To: David D. Switzler, Cc: Stephen J. Newman, Adam R Hoock

Sent - Yahoo! June 13, 2023 at 1:49 PM
Details

David,

Please find enclosed Exhibits A-E to correspond to the previously sent Interrogatories, Request for Production, and Admissions.

Regards,
Joey

[PDF] 5-11 -Exhibits A-E.pdf

---

**joey kimbrough**
Email #3 - Exhibits F-M
To: David D. Switzler, Cc: Stephen J. Newman, Adam R Hoock

Sent - Yahoo! June 13, 2023 at 1:51 PM
Details

David,

Please find enclosed Exhibits F-M to correspond to the previously sent Interrogatories, Request for Production, and Admissions.

Regards,

Joey

[PDF] 5-11 - Exhibits F - M.pdf

---

**joey kimbrough**
Email #4 - Exhibits N-S
To: David D. Switzler, Cc: Stephen J. Newman, Adam R Hoock

Sent - Yahoo! June 13, 2023 at 1:52 PM
Details

David,

Please find enclosed Exhibits N-S to correspond to the previously sent Interrogatories, Request for Production, and Admissions.

Regards,
Joey

[PDF] 5-11 - Exhibits N - S.pdf

---

**joey kimbrough**
Email #5 - Exhibits T-U
To: David D. Switzler, Cc: Stephen J. Newman, Adam R Hoock

Sent - Yahoo! June 13, 2023 at 1:54 PM
Details

David,

Please find enclosed Exhibits T-U to correspond to the previously sent Interrogatories, Request for Production, and Admissions.

Regards,

Joey

[PDF] 5-11 - Exhibits T - U.pdf

