

**David D. Switzler** June 16, 2023 at 12:37 PM
RE: Confirmation
To: Joey Kimbrough, Cc: Newman, Stephen J., Hoock, Adam R

Details

Good afternoon Mr. Kimbrough.  It looks as though we are able to access the exhibits and that they appear to be complete.  Can you confirm that you did not send more than six numbered emails?



**David Switzler**
Associate

**STROOCK**
2 S. Biscayne Boulevard, Suite 2300, Miami, FL 33131
D: 305.789.9368

dswitzler@stroock.com | vCard | www.stroock.com

**Joey Kimbrough** June 16, 2023 at 12:54 PM
Re: Confirmation
To: David D. Switzler

Mr. Switzler,

Yes, confirmed that there were only 6 numbered emails with exhibits that aligned with the original email containing interrogatories, request for production, and admissions.

Regards,
Joey

Sent from my iPhone