**David D. Switzler**
RE: Confirmation
To:  Joey Kimbrough,    Cc:  Hoock, Adam R

June 21, 2023 at 11:32 AM

Details

Good morning Mr. Kimbrough.  Per our discussion last week, and your email below, please confirm that we may file an unopposed motion for enlargement of time to respond to the motion for summary judgment.  And please give me a call when you get a moment.  I am free until 12:45 p.m. Eastern today, and may have some availability later in the afternoon.



**David Switzler**
Associate

**STROOCK**
2 S. Biscayne Boulevard, Suite 2300, Miami, FL 33131
D: 305.789.9368

dswitzler@stroock.com | vCard | www.stroock.com

---

**Joey Kimbrough**
Re: Confirmation
To:  David D. Switzler,    Cc:  Hoock, Adam R

June 21, 2023 at 11:48 AM

Details

Mr. Switzler,

Great to hear from you and hope this finds you well!

Yes, please let this serve as notice that I approve of the filing of an unopposed motion for extension of time for the following:

1) Answer to Plaintiff's Motion for Summary Judgment that is before the court with an answer due June 28.
2). Answer to Plaintiff's First set of Interrogatories, Request for Production of Documents, and Admissons directed at defendant AMEX.

I will call you before 12:45 per your request.

Best regards,
Joey

Sent from my iPhone