**Joey Kimbrough**
Service
To: David D. Switzler, Cc: Stephen J. Newman, Adam R Hoock
June 22, 2023 at 8:55 AM

Mr. Switzler,

Hoping that this finds you and the team well this morning!

I have a request regarding "service" of docs moving forward that I am hoping you will not find too troublesome.

Service by and to pro se litigants is a bit different in the federal court. Meaning, a pro se litigant does not automatically have ecf access to the court system.

I am required to file pleadings and papers via email to the clerk of the court.

That being said I could file a motion to gain access to the ecf system but do not desire to do so at this point.

The way that I have been managing this case to this point has been to periodically login through my PACER account to check status. As you might imagine that comes with an expense on my side. Not to mention lost days for the tolling of potential actions/deliverables.

I can honestly say with clean hands that AMEX through counsel Frontino has served zero docs to me.

Having said all of that I do not feel it would be fair to burden your team with service through snail mail and the added expense to AMEX.

I am requesting that any docs filed from your team be served upon me via email moving forward. Of course, I would give confirmation that the service had been received on each filing that is emailed.

As always if there are any questions please do not hesitate to reach out.

Best Regards,
Joey

Sent from my iPhone

---

**David D. Switzler**
RE: Service
To: Joey Kimbrough, Cc: Newman, Stephen J. & 2 more
June 22, 2023 at 11:36 AM

Thank you for your email, Mr. Kimbrough. We will endeavor to serve copies of documents we file with the court on you via email. While I know I am replying to an email you sent, please reply to this message and confirm in the body of your reply the email address that you would like us to serve documents to.

**David Switzler**
Associate

**STROOCK**
2 S. Biscayne Boulevard, Suite 2300, Miami, FL 33131
D: 305.789.9368

dswitzler@stroock.com | vCard | www.stroock.com

---

**Joey Kimbrough**
Re: Service
To: David D. Switzler, Cc: Newman, Stephen J. & 2 more
June 22, 2023 at 12:29 PM

Mr. Switzler,

Thanks for the expeditious response to my request! The email that all court doc filings should be served to would be:

joeykokomo2002@yahoo.com

Best regards,
Joey

Sent from my iPhone

---

**David D. Switzler**
RE: Service
To: Joey Kimbrough, Cc: Newman, Stephen J. & 2 more
June 22, 2023 at 6:26 PM

Thank you, Mr. Kimbrough.

Per the scheduling order, it appears that the parties are to exchange Initial Disclosures this coming Monday, June 26. In line with your being amenable to our request to extend the time to respond to your motion for summary judgment and to your discovery requests, would you be agreeable to pushing the Initial Disclosure exchange as well? For the Initial Disclosure exchange, we would propose July 28.

**David Switzler**
Associate

**STROOCK**
2 S. Biscayne Boulevard, Suite 2300, Miami, FL 33131
D: 305.789.9368

dswitzler@stroock.com | vCard | www.stroock.com

**Joey Kimbrough**
Re: Service

To: David D. Switzler,   Cc: Newman, Stephen J.   & 2 more

June 22, 2023 at 8:34 PM

Details

Mr. Switzler,

Yes, I would be agreeable to that extension.

Regards,
Joey

Sent from my iPhone