**joey kimbrough**
Confidential Settlement Demand
To: Stephen J. Newman, Adam R Hoock, Cc: David D. Switzler
July 9, 2023 at 7:28 PM

Mr. Newman, Mr. Hoock, and Mr. Switzler,

I am sending through the Settlement Demand pursuant to the Court Order issued May 26th, 2023.

If you should have any questions or an interest in dialogue concerning any portion of the attached Settlement Demand please do not hesitate to call.

Best Regard,
Joey Kimbrough
765-437-8451

---

**Confidential Settlement Demand**

Joey Kimbrough
1712 Candy Court South
Kokomo, IN 46902
joeykokomo2002@yahoo.com
(765) 437-8451
7/9/2023

American Express National Bank, *et. al.*
c/o Mr. Stephen J. Newman, Mr. Adam Hoock, and Mr. Brian Frontino
2 South Biscayne Blvd., Suite 2300
Miami, FL. 33131

Re: Case No. 1:22-cv-01993-TWP-MJD - *Joey Kimbrough v. American Express Company AKA American Express National Bank*

Dear Mr. Newman, Mr. Hoock, and Mr. Frontino,

I am writing pursuant to the Court's Order dated May 26th, 2023, in relation to the above-mentioned case. As you are aware, this case involves alleged damages caused to Plaintiff Kimbrough for certain FCRA violation(s) brought about by your client.

I have reviewed the facts of the case and believe that a fair and reasonable resolution can be achieved without further litigation. To this end, I propose a settlement to resolve all claims in this matter.

Based on the damages suffered by myself, I believe a fair settlement amount would be **$150,000** cash payment and waiving of any alleged amounts AMEX believes plaintiff to owe on any and all accounts. This amount reflects about 3% of the amount claimed through affidavit in the recently submitted *Motion for Summary Judgment* that is before this court.

I believe this proposal represents a fair compromise given the facts of the case, the potential costs of continued litigation, and the uncertainty of a trial outcome. I am hopeful that you will give this proposal serious consideration in the interest of resolving this matter amicably and efficiently.

Please respond to this settlement demand by July 31st which is the required 21 days from the receipt of this *Settlement Demand* as outlined in the court order.

Thank you for your attention to this matter. I look forward to your prompt response.

---

**David D. Switzler**
Automatic reply: Confidential Settlement Demand
To: joey kimbrough
July 9, 2023 at 7:28 PM

I will be out of the office with limited access to email until July 17, 2023. Should you need immediate assistance, kindly contact my colleague Adam Hoock at AHoock@stroock.com.