
**David D. Switzler**        August 16, 2023 at 11:10 AM
Automatic reply: [1:22-cv-1993-TWP-MJD] - Notice of Status of Joey Douglas Kimbrough - Exhibit
To: joey kimbrough

As of July 21, 2023 David Switzler is no longer at Stroock. This mailbox is not being monitored. If you have questions or need assistance please e-mail inquiries@stroock.com or reach out to David Switzler at dswitzler@steptoe.com or by phone at 202 429-1310


**Newman, Stephen J.**        August 16, 2023 at 11:10 AM
Automatic reply: [1:22-cv-1993-TWP-MJD] - Notice of Status of Joey Douglas Kimbrough - Exhibit
To: joey kimbrough

As of July 21, 2023 Stephen Newman is no longer at Stroock. This mailbox is not being monitored. If you have questions or need assistance please e-mail inquiries@stroock.com or reach out to Stephen Newman at snewman@steptoe.com or by phone at 213 439-9411

Found in Inbox – Yahoo! Mailbox


**Hoock, Adam R**        August 16, 2023 at 11:11 AM
Automatic reply: [1:22-cv-1993-TWP-MJD] - Notice of Status of Joey Douglas Kimbrough - Exhibit
To: joey kimbrough

As of July 21, 2023 Adam Hoock is no longer at Stroock. This mailbox is not being monitored. If you have questions or need assistance please e-mail inquiries@stroock.com or reach out to Adam Hoock at ahoock@steptoe.com or by phone at 213 439-9426