# Steptoe

 

# Adam Hoock

**ASSOCIATE**

Los Angeles
+1 213 439 9426

**EMAIL  VCARD**





Welcome to attorney bar status search for the Southern District of Indiana.

Last Name  First Name  Bar Number  [Search Membership]

Multiple search fields optional, a minimum of two characters must be entered for a valid search.

If you are an attorney questioning current status with the Court and do not see your name returned in this search, please contact Cl
If your contact information has changed, please see the "Attorney Name/Address Change" section on our website.

| Name | Bar Number | Admitted | Bar Member Status |
|---|---|---|---|
| HOOCK, ADAM | | 06/09/2023 | Active |