# Steptoe

 

# Stephen J. Newman

**PARTNER**

Los Angeles
+1 213 439 9411

**EMAIL   VCARD**





Welcome to attorney bar status search for the Southern District of Indiana.

| Last Name | First Name | Bar Number | |
|---|---|---|---|
|  |  |  | Search Membership |

Multiple search fields optional, a minimum of two characters must be entered for a valid search.

If you are an attorney questioning current status with the Court and do not see your name returned in this search, please contact Clerk's Office at (
If your contact information has changed, please see the "Attorney Name/Address Change" section on our website.

| Name | Bar Number | Admitted | Bar Member Status |
|---|---|---|---|
| NEWMAN, STEPHEN J. |  | 06/15/2023 | Active |