# Steptoe





## David D. Switzler
Of Counsel

**Commercial Litigation, Financial Services, Financial Services Litigation, Financial Services Investigations & Enforcement**

Washington, DC
+1 202 429 1310

EMAIL    VCARD



Welcome to attorney bar status search for the Southern District of Indiana.

| Last Name | First Name | Bar Number | |
|---|---|---|---|
| Switzler | | | Search Membership |

Multiple search fields optional, a minimum of two characters must be entered for a valid search.

**No results found.**
**For more results keep in mind only one field (first name, last name, bar number) is required and names can be partially matched.**
**(ex: Entering 'Smi' would match attorneys whose names start with 'Smi' such as 'Smith' and 'Smiley')**
**If including bar number in your search it must be an exact match, partial bar numbers will not return results.**