UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| JOEY KIMBROUGH, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 1:22-cv-01993-TWP-MJD |
| ) | |
| AMERICAN EXPRESS COMPANY, aka ) | |
| AMERICAN EXPRESS NATIONAL BANK, ) | |
| ) | |
| Defendant. ) | |

**ORDER TO SHOW CAUSE
AND ORDER OVERRULING PLAINTIFF'S OBJECTIONS**

On September 8, 2023, the Court granted Defendant's Motion to Compel Arbitration (Dkt. 29). Plaintiff was ordered to commence arbitration proceedings and Defendant was ordered to file a Notice of the status of arbitration proceedings. On January 17, 2024 the Seventh Circuit Court of Appeals issued a Mandate dismissing Plaintiff's appeal for review of the order compelling arbitration stating appellate review was prohibited. (Dkt. 83). The court notes that Mr. Kimbrough objects to the Court's order compelling arbitration (Dkt. 102), and objects to the Court's Order dated August 1, 2024 (Dkt. 107), which denied Plaintiff's Notice of Waiver of Arbitration and associated motions [Dkt. 104]. (Dkt. 111). Plaintiff's objections **are OVERRULED**.

As of the last Notice of Status of Arbitration Proceedings filed on September 3, 2024, Plaintiff has not commenced arbitration proceedings (Dkt. 113). Plaintiff is ordered to file a response to this Order to Show Cause on or before **October 11, 2024** as to why he has failed to comply with the Court's orders, or, he may commence arbitration proceedings as ordered.

Failure to comply with the Order may result in dismissal of this matter.

**IT IS SO ORDERED.**

Date: 9/20/2024

Hon. Tanya Walton Pratt, Chief Judge
United States District Court
Southern District of Indiana

Distribution:

JOEY KIMBROUGH
1712 Candy Court South
Kokomo, IN 46902

Brian Charles Frontino
Morgan, Lewis & Bockius LLP
brian.frontino@morganlewis.com

Elise Kyla Haverman
Steptoe LLP
ehaverman@steptoe.com

Adam Hoock
Steptoe LLP
ahoock@Steptoe.com

Stephen J. Newman
Steptoe LLP
snewman@steptoe.com