# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF INDIANA
# INDIANAPOLIS DIVISION

| | |
|---|---|
| JOEY KIMBROUGH, | Case No. 1:22-cv-01993-TWP-MJD |
| Plaintiff, | **NOTICE OF STATUS OF ARBITRATION PROCEEDINGS** |
| v. | |
| AMERICAN EXPRESS COMPANY AKA AMERICAN EXPRESS NATIONAL BANK | |
| and | |
| TRANS UNION LLC, | |
| Defendants. | |

Pursuant to the Court's Order on Motion to Compel Arbitration [ECF No. 49] and the Court's Order Staying Proceedings Pending Arbitration and Dismissing Pending Motion Without Prejudice [ECF No. 50] (together, the "Orders"), Defendant American Express National Bank ("American Express") states the following:

1. Pursuant to the Court's Orders [ECF Nos. 49 & 50], American Express must file a "Notice setting forth the status of the arbitration proceedings on or before Friday, January 5, 2024, and every thirty (30) days thereafter."

2. American Express last filed a Notice of Status of Arbitration Proceedings on September 3, 2024. [ECF No. 113.]

3. To date, undersigned counsel for American Express has not received notice that Plaintiff has commenced arbitration proceedings.

4. American Express will file another Notice setting forth the status of the arbitration proceedings in thirty (30) days pursuant to the Court's Orders [ECF Nos. 49 & 50].

Dated: October 3, 2024.                    Respectfully submitted,

By:    /s/ Adam R. Hoock
Stephen J. Newman
California Bar No. 181570
snewman@Steptoe.com
Adam R. Hoock
Florida Bar No. 118264
California Bar No. 340811
ahoock@Steptoe.com
**STEPTOE LLP**
2029 Century Park East, 18th Floor
Los Angeles, CA 90067
Telephone: +1 213 439 9400
Fax: +1 213 439 9599
docketing@steptoe.com

Elise K. Haverman
Florida Bar No. 1003004
ehaverman@steptoe.com
**STEPTOE LLP**
1330 Connecticut Ave, NW
Washington, D.C. 20036
Telephone: (202) 429-8102
Facsimile: (202) 429-3902

*Attorneys for Defendant American Express National Bank*

# CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on October 3, 2024, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system and certify that a true and correct copy of the foregoing was provided to all parties and counsel of record, including: joeykokomo2002@yahoo.com .

/s/ Adam R. Hoock
Attorney