# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF INDIANA
# INDIANAPOLIS DIVISION

| | |
|---|---|
| JOEY KIMBROUGH,<br><br>              Plaintiff,<br><br>              v.<br><br>AMERICAN EXPRESS COMPANY, aka<br>AMERICAN EXPRESS NATIONAL BANK,<br><br>              Defendant. | No. 1:22-cv-01993-TWP-MJD |

## **FINAL JUDGMENT PURSUANT TO FED. R. CIV. PRO. 58**

The Court having this day made its Entry directing the entry of final judgment, the Court now enters **FINAL JUDGMENT**. This action is **dismissed with prejudice**.

Dated: 10/17/2024

*[Signature]*

Hon. Tanya Walton Pratt, Chief Judge
United States District Court
Southern District of Indiana

Kristine L. Seufert, Clerk

BY: *[Signature]*

Deputy Clerk, U.S. District Court

Distribution:

JOEY KIMBROUGH
1712 Candy Court South
Kokomo, IN 46902

Brian Charles Frontino
Morgan, Lewis & Bockius LLP
brian.frontino@morganlewis.com

Elise Kyla Haverman
Steptoe LLP
ehaverman@steptoe.com

Adam Hoock
Steptoe LLP
ahoock@Steptoe.com

Stephen J. Newman
Steptoe LLP
snewman@steptoe.com