UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT of INDIANA
Indianapolis Division

**FILED**
**10/31/2024**
U.S. DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
Kristine L. Seufert, Clerk

JOEY KIMBROUGH,

    Plaintiff,

v.

AMERICAN EXPRESS COMPANY AKA AMERICAN EXPRESS NATIONAL BANK;

and

TRANS UNION LLC (*settled and dismissed*)

    Defendants.

**Case No**. 1:22-cv-1993-TWP-MJD

Honorable Tanya Walton Pratt
Magistrate Judge Mark J. Dinsmore

## NOTICE OF TRANSCRIPT INFORMATION SHEET

**To: Clerk of the U.S. District Court, Southern District of Indiana**

    **Notice is hereby given** that, pursuant to Rule 10(b) of the *Federal Rules of Appellate Procedure*, the undersigned has completed the required Seventh Circuit Transcript Information Sheet as part of the appellate proceedings in this case.

1. **Transcript Order**: I have "not ordered" any transcripts for appeal.

2. **Case Information**:

    **Case Title**: Kimbrough v. American Express Company, et al.
    **District Court Docket No.**: 1:22-cv-01993-TWP-MJD
    **Appellate Court Docket No**.: 24-2971

3. **Payment Arrangements**: I have **not** made satisfactory arrangements for payment of the transcript fees as no transcripts are being produced.

4. **Contact Information for Counsel**:

   **Name**: Joey Kimbrough (Pro Se)
   **Address**: 1712 Candy Court South, Kokomo, IN 46902
   **Telephone**: 765-437-8451

5. **Transcript Details**: The proceedings for which transcripts are requested, including dates and specific details, are provided in the attached Transcript Information Sheet.

Respectfully Submitted,

/s/ *Joey Kimbrough*
Joey Kimbrough, Plaintiff, Pro Se
1712 Candy Court South
Kokomo, IN 46902
(765) 437-8451
joeykokomo2002@yahoo.com

## Certificate of Service

I hereby certify that on October 31st, 2024, I electronically filed the foregoing with the Clerk of the Court by email with attachments as is required by the Court.

**Distribution:**

All ECF-registered counsel of record

Respectfully Submitted,
/s/ *Joey Kimbrough*
